# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_Wolfgang Weise_

Write the full name of each plaintiff.

____CV_____
(Include case number if one has been assigned)

-against-

_U.S. Department of State_

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☐ No

_(Summons to Federal Criminal Court attached)_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_It was violated my legal Constitutional civil Rights to use my passport as a Citizen of the United States._

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Wolfgang Weise_ (Plaintiff's name), is a citizen of the State of

_the United States, Now remain in a NewYork City NY._
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _U.S. Department of State_ is incorporated under the laws of the State of _the United States_

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Wolfgang_ _No_ _Weise_
First Name | Middle Initial | Last Name

_143 W. 108 street_
Street Address

_New York City_ _New York_ _10025_
County, City | State | Zip Code

_212-678-0570_ _vkatsnelson1951@gmail.com_
Telephone Number _place of Residncy_ Email Address (if available)

_my own personal cell phone number 346-857-5667_

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _U.S. Department of State_
First Name     Last Name

Current Job Title (or other identifying information)

_2201 C street, NW,_
Current Work Address (or other address where defendant may be served)

_Washington DC._     _20451_
County, City     State     Zip Code

Defendant 2:

First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State     Zip Code

Defendant 3:

First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State     Zip Code

Defendant 4: _____
First Name        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _U.S. Department of State_

Date(s) of occurrence: _On a beginning of February 2024_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I submitted to the Court my Summons, where I have indicated whole situation with my new passport, how they try to harm me, and what amount of money compensation for restitution on a damage I demand they pay to me.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Breaking my reputation in U.S. Society. Bringing psychological trauma to my soul, to my heart. Incredible suffering from that damage and harm, making worsening my mental condition on Disability issue.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want Court order to pay me money compensation, as a Restitution in damage for my mental health in amount of from $500,000 up to $1,000,000 in U.S. currency.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: July 24, 2024

Plaintiff's Signature

First Name: Wolfgang
Middle Initial:
Last Name: Weise

Street Address: 143 W. 108 Street
County, City: New York City
State: New York
Zip Code: 10025

Telephone Number: 346-857-5667
Email Address (if available): vkatsnelson1951@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

page. 1

To: Federal Criminal Court
in New York City
500 Pearl Street, New York, N.Y.

From: U.S. Citizen

Wolfgang Weise
S.S.# 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

143 W. 108 street, New York
N.Y. 10025
tel. 346-857-5667

Summons:

I have applied for new U.S. Passport with my new name Wolfgang Weise 7 months ago in a Grand Post Office at 450 Lexington Ave, New York, NY, 10017. All appropriate papers with photos and Certificate of Naturalization was made properly on a January 9, 2024, and sent to U.S. Department of State. In a 3 weeks, since I applied for passport I called back to Department and reported, that I still did not receive my passport in appropriate time they serving other people. Instead, they replied to me, that they

see page 2

sent to me letter and requested me to answer some question in that letter, which arrives to me in a 3 weeks. I already waiting for this letter 7 months in a row, and they continue not mailing to me any letter. The letter, what they ask me to respond on is only pretext, or preposition not to mail to me my passport. The only reason, why they play with me on a matter of letter, because they have a mess inside in a U.S. Department of State and still unable to put everything in a order. Even Anthony Blinken unable to stop mess in his Department, what he managing. I stay in U.S illegaly without my passport for 7 months in a row and still unable to receive my new passport for use. Without passport I am subject for deportation.

Please, I need solution on my new passport as soon as possible, because I am U.S. citizen since 1987, and only legal document I have is U.S. passport.

see page 3

My application for new passport already has been processed and become, as a case, what I want to file against U.S. Department of State. The number of that application is 621274998. Only, what I need to solve this extremely serious problem through the Federal Criminal Court, because no other way to receive my passport and stay legally in U.S.A. I have only 1 (one) legal document in U.S, as my passport, what I unable to use for 7 months in a row. I do not have any Driver License in U.S, because unable to buy a car for extremely low income from Social Security Administration, as $1,033 mo. I do not have to wait my passport for whole my life on a behalf of such of game Department play with me, leaving me without important legal document. Without passport I am not a Resident of U.S. and subject for deportation. If Federal Criminal Court unable to help me, please, deport me from U.S. as soon, as possible, because looking like I became a prisoner in U.S. without

see page 4

any possibility to be served in this Country. I have changed my original name Valery Katsnelson for a new name Wolfgang Weise in a Civil Court of New York City at 111 Centre street by the Honorable Judge Shahabuddeen A. Ally, AJSC Supervising Judge of New York City County Court, who granted me a new name, Index # NC-001963-23/NY.

    U.S. Department of State bring to me extremely outstanding damage to my personality, damaging my reputation in American Society and incredible impossibility to use my benefits, applying with passport to many organizations in U.S, who able recognize the person only by passport, as a legal natural document. Without passport I am become, like a prisoner in this Country, and unable to use my benefits in U.S. properly and appropriately. Even unable to make a tour oversea in other countries in a World, buying a ticket on Airline.

    I demand from U.S. Department of

see page 5

State to pay me back money compensation in a damage, they bring to my soul and my heart. Meanwhile, I am Disable Senior since 2004, and all appropriate document stay in a S.S.A Office, concerning my Disability since 2004. I have filed my documents to Administration Law Judge in 2002, and in 2004 I was granted by Judge with status of Disability, basically on a condition of Depression and sleeping Disorder of my body.

I have suffered a lot on a issue of my new passport, and I demand U.S. Department of State pay me in restitution for damage amount from $500,000 upto $1,000,000 in U.S. currency.

Sincerely,
Wolfgang Weise

July 19, 2024