```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
WOLFGANG WEISE,

                Plaintiff,

                -against-                              24-cv-5760 (LJL)

U.S. DEPARTMENT OF STATE,                    ORDER

                Defendant.
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      The Court received a letter from Plaintiff dated December 17, 2024 requesting that Plaintiff be permitted to obtain filings related to the above-captioned case by coming to the courthouse in person. Dkt. No. 17.

      Court records may be viewed in the records room of the Daniel Patrick Moynihan U.S. Courthouse between the hours of 8:30 a.m. and 4:30 p.m. The court charges a statutory copy fee in addition to the fee for the court record. To review the fee schedule please consult https://www.nysd.uscourts.gov/programs/fees.

      Plaintiff may also receive court documents by email by completing the Consent to Electronic Service form. If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail. A copy of that form is attached as Exhibit A to this Order. Instructions regarding the form are attached as Exhibit B to this Order.

      SO ORDERED.

Dated: December 20, 2024
      New York, New York

                                                              LEWIS J. LIMAN
                                                              United States District Judge