# Letter Request

To: Judge Lewis Limon of Federal District Criminal Court at 500 Pearl St, New York City

From: Plaintiff Wolfgang Weise
case # 24 CV 5760.

Your Honor:

I am waiting my passport from Defendant U.S. Department of State for 15 months in a row, since January of 2024, and they still holding my passport, as a hostage in a hope to pull from my pocket amount of $6,012.08 for repatriation loan, what I never used in my life. In according with that, I am asking the Court to order Defendant U.S. Department of State to bring my new passport on a day you make final decision in a court, or April 10, 2025. I do not want to use extra time for applying 3rd time for issue of my passport, because 2 attempts I have gotten in a past, and they failed to comply with me.

*[signature]*
March 25, 2025