UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLFGANG WEISE,

              Plaintiff,

    v.

U.S. DEPARTMENT OF STATE,

              Defendant.

**No. 24 Civ. 5760 (LJL)**

### NOTICE OF FILING OF THE ADMINISTRATIVE RECORD

Pursuant to the scheduling order entered in this case (ECF No. 30), Defendant, by and through its attorney, Matthew Podolsky, Acting United States Attorney for the Southern District of New York, hereby file a copy of the Certified Administrative Record (redacted) in the above-captioned matter.

Dated:  New York, New York
        March 27, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By:  */s/ Leslie A. Ramirez-Fisher*
     LESLIE A. RAMIREZ-FISHER
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York  10007
     Telephone: (212) 637-0378
     E-mail: leslie.ramirez-fisher@usdoj.gov