UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| WOLFGANG WEISE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-05760-LJL |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) ) ) | |

**CERTIFICATION OF THE INDEX OF THE ADMINISTRATIVE RECORD
FOR PLAINTIFF WOLFGANG WEISE**

Pursuant to 28 U.S.C. §1746, I, Regina Ballard, do hereby declare and state as follows:

1.  I am the Division Chief of the Records Review and Release Division in the Office of Records Management, Passport Services Directorate, Bureau of Consular Affairs, United States Department of State.  My duties include processing and approving U.S. passport record requests.  Based on my professional skills, training, experience, responsibilities, and personal knowledge, I have been designated to provide this declaration.

2.  I am the primary employee responsible for the certificate of the Administrative Record in the above-captioned case with respect to Wolfgang Weise, formerly known as Valery Katsnelson ("Plaintiff").

3.  I certify that the attached index is a true and accurate list of all documents relating to (i) U.S. Passport Application number 172808659, executed by Plaintiff on August 5, 2016, in his former name, Valery Katsnelson, resulting in issuance of U.S. Passport number 550951785 to Plaintiff on August 18, 2016, in the name Valery Katsnelson;

**000001**

(ii) the revocation of U.S. Passport number 550951785 on May 11, 2023, by the U.S. Department of State, based on Plaintiff's default in repayment of his Repatriation Loan AR1007308094-1; and (iii) U.S. Passport Application number 621274998, executed by Plaintiff on December 21, 2023, which the U.S. Department of State denied on October 18, 2024, based on Plaintiff's default in repayment of his Repatriation Loan AR1007308094-1.

Executed on this 26th day of March, 2025, in Washington, D.C.

By: _Regina Ballard_

Regina Ballard
Division Chief
Records Review & Release Division
Office of Records Management
Passport Services Directorate

000002

**Index of Administrative Record**
*Wolfgang Weise v. U.S. Department of State*
**Civil Action No. 1:24-cv-05760-LJL**
**United States District Court for the Southern District of New York**

**Plaintiff Wolfgang Weise, f/k/a Valery Katsnelson, DPOB ▮▮▮▮▮▮, 1951-Russia**

| Date | Document type | Description | Bates Number |
|---|---|---|---|
| August 5, 2016 | Passport Application (Form DS-11) | **U.S. Passport Application #172808659** executed by Valery Katsnelson at Altura Station Post Office, Aurora, Colorado, on August 5, 2016, bearing Plaintiff's signature as "Valery Katsnelson." | 000007 |
| | Naturalization Certificate | U.S. Certificate of Naturalization issued to Valery Katsnelson on May 9, 2003. | 000009 |
| | State Driver's License | Colorado Driver's License issued to Valery Katsnelson on June 20, 2016. | 000010 |
| | U.S. Passport | Photocopy of data page of U.S. Passport #550951785 issued to Valery Katsnelson on August 18, 2016. | 000011 |
| December 27, 2022 | Loan Note (Form DS-3072) | Repatriation Loan Note dated December 27, 2022, bearing Plaintiff's signature as "Valery Katsnelson," including Plaintiff's agreement that until he has paid his loan in full, he will only be eligible for a limited validity U.S. passport. | 000012 |
| December 30, 2022 | Flight Itinerary | Flight Itinerary for Valery Katsnelson to travel from Minsk, Belarus, to Newark, New Jersey, via Istanbul, Türkiye, on December 30, 2022. | 000015 |
| January 9, 2023 | Department Cable | Final Repatriation Report:  Valery Katsnelson, 23 BELARUS AFFAIRS UNIT VILNIUS 16 (January 9, 2023). | 000019 |
| **May 11, 2023** | Department Letter | **Notice of Revocation of U.S. Passport #550951785** issued to Valery Katsnelson on August 18, 2016. | 000022 |

**Plaintiff Wolfgang Weise (cont.)**

| Date | Document type | Description | Bates Number |
|------|---------------|-------------|--------------|
| September 27, 2023 | Customer Bill | Customer Bill dated September 27, 2023, notifying Plaintiff that he owed a balance of $5,951.17 on his Repatriation Loan, AR1007308094-1, and that if full payment was not received within 30 days (by October 27, 2023), an administrative charge for processing and handling would be assessed; and that if his account becomes 90 days past due (December 26, 2023), he would also be assessed penalties on the unpaid balance and his debt would be referred to the Department of the Treasury for collection. | 000024 |
| October 30, 2023 | Notice of Deficiency | Notice of Deficiency No. 1 dated October 30, 2023, Outstanding Amount Due $5,951.17, addressed to Valery Katsnelson in Baltimore, Maryland. | 000027 |
| November 29, 2023 | Notice of Deficiency | Notice of Deficiency No. 2 dated November 29, 2023, Outstanding Amount Due $6,006.13, addressed to Valery Katsnelson in Baltimore, Maryland. | 000028 |
| December 21, 2023 | Passport Application (Form DS-11) | **U.S. Passport Application #621274998** executed by Plaintiff at Grand Central Station Post Office, New York, New York, on December 21, 2023. | 000029 |
| | Lost Passport Statement (Form DS-64) | Statement signed by Plaintiff on December 20, 2023, indicating that he lost U.S. Passport #550951785 five or six months earlier in Denver, Colorado. | 000031 |
| | U.S. Passport | Photocopy of data page of lost U.S. Passport #550951785 issued to Valery Katsnelson on August 18, 2016. | 000032 |
| | Naturalization Certificate | U.S. Certificate of Naturalization issued to Valery Katsnelson on May 9, 2003. | 000033 |
| | Court Order | Civil Court of the City of New York "Amended Order Granting Name Change" of Valery Katsnelson to Wolfgang Weise issued August 21, 2023, Index #NC001963-23/NY. | 000034 |
| | State I.D. Card | Interim I.D. Card issued to Valery Katsnelson on December 20, 2023. | 000035 |
| | State Driver's License | Colorado Driver's License issued to Valery Katsnelson on June 20, 2016. | 000036 |

**000004**

**Plaintiff Wolfgang Weise (cont.)**

| Date | Document type | Description | Bates Number |
|---|---|---|---|
| | Loan Note (Form DS-3072) | Repatriation Loan Note dated December 27, 2022, bearing Plaintiff's signature as "Valery Katsnelson," including Plaintiff's agreement that until he has paid his loan in full, he will only be eligible for a limited validity U.S. passport. | 000038 |
| | Flight Itinerary | Flight Itinerary for Valery Katsnelson to travel from Minsk, Belarus, to Newark, New Jersey, via Istanbul, Türkiye, on December 30, 2022. | 000041 |
| | Department Cable | Final Repatriation Report:  Valery Katsnelson, 23 BELARUS AFFAIRS UNIT VILNIUS 16 (January 9, 2023). | 000045 |
| | Customer Bill | Customer Bill dated September 27, 2023, notifying Plaintiff that he owed a balance of $5,951.17 on his Repatriation Loan, AR1007308094-1, and that if full payment was not received within 30 days (by October 27, 2023), an administrative charge for processing and handling would be assessed; and that if his account becomes 90 days past due (December 26, 2023), he would also be assessed penalties on the unpaid balance and his debt would be referred to the Department of the Treasury for collection. | 000048 |
| | Notice of Deficiency | Notice of Deficiency No. 1 dated October 30, 2023, Outstanding Amount Due $5,951.17, addressed to Valery Katsnelson in Baltimore, Maryland. | 000051 |
| | Notice of Deficiency | Notice of Deficiency No. 2 dated November 29, 2023, Outstanding Amount Due $6,006.13, addressed to Valery Katsnelson in Baltimore, Maryland. | 000052 |
| | Loan Status Query | "EVAC/REPAT Loan Status Report" dated January 3, 2024, showing a current balance of $6,011.09 on Repatriation Loan AR1007308094 made to Wolfgang Weise, f/k/a Valery Katsnelson, and indicating that Plaintiff had made no payments. | 000053 |

**Plaintiff Wolfgang Weise (cont.)**

| Date | Document type | Description | Bates Number |
|---|---|---|---|
| | Department Letter | Information Request Letter dated January 5, 2024, addressed to Wolfgang Weise's Post Office Box in New York, New York, notifying him that the balance on his Repatriation Loan was $6,011.09 and giving him 90 days to make payment arrangements, or his passport application would be denied. | 000054 |
| | Change of Address | Report by National Passport Information Center dated July 2, 2024, of Wolfgang Weise's change of address to Super 8 Motel, 110 Braggard St, Washington, D.C 22312.  [Plaintiff gave an erroneous address for the Super 8 by Wyndham, 110 B South Bragg St, Alexandria, VA 22312.] | 000056 |
| | Department Letter | Information Request Letter dated July 3, 2024, addressed to Wolfgang Weise's erroneous address in Washington, D.C., notifying him that the balance on his Repatriation Loan was $6,011.09 and giving him 90 days to make payment arrangements, or his passport application would be denied. | 000057 |
| | Change of Address | Report by National Passport Information Center dated July 20, 2024, of Wolfgang Weise's change of address to 143 W. 108th St, New York, NY 10025. | 000059 |
| | Department Letter | Information Request Letter dated August 9, 2024, addressed to Wolfgang Weise at his West 108th Street address in New York City, notifying him that the balance on his Repatriation Loan was $6,011.09 and giving him 90 days to make payment arrangements, or his passport application would be denied. | 000060 |
| | Response to IRL | Plaintiff's response letter dated October 9, 2024. | 000062 |
| | Department Letter | **Denial dated October 18, 2024, of Plaintiff's U.S. Passport Application #621274998** due to Plaintiff's ineligibility to receive a U.S. passport because he was in default on an existing repatriation loan. | 000065 |

00008953-0832

# APPLICATION FOR A U.S. PASSPORT
*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 01-31-2017
ESTIMATED BURDEN: 95 MIN

172808659

Attention: Read WARNING on page 1 of instructions
**Please select the document(s) for which you are applying:**

[X] U.S. Passport Book  [ ] U.S. Passport Card  [ ] Both
The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

[X] 28 Page Book (Standard)  [ ] 52 Page Book (Non-Standard)

Note: The 52 page option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

[ ] D  [ ] O  [ ] Dep  DOTS
End. # _____  Exp. _____

**1. Name** Last

KATSNELSON

First

VALERY

Middle

**2. Date of Birth** *(mm/dd/yyyy)* ▮▮▮ 1951.

**3. Sex** [X] M / [ ] F

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

RUSSIA KHABAROVSK

**5. Social Security Number** ▮▮▮ 7502

**6. Email Address** *(e.g., my_email@domain.com)* @

**7. Primary Contact Phone Number** 3033370422

**8. Mailing Address:** Line 1: Street/RFD#, P.O. Box, or URB

12839 E. LOUISIANA AVE.

Address Line 2: **Clearly label** Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable *(e.g., In Care Of - Jane Doe, Apt # 100)*

City AURORA

State CO

Zip Code 80012

Country, if outside the United States

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)*

A. _____  B. _____

---

# STOP! CONTINUE TO PAGE 2 →
## DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)

[X] Driver's License  [ ] State Issued ID Card  [ ] Passport  [ ] Military  [ ] Other _____

Name  Valery  Katsnelson

Issue Date *(mm/dd/yyyy)* 06 20 2016  Exp. Date *(mm/dd/yyyy)* ▮▮▮ 2021  State of Issuance CO

ID No  92118635  Country of Issuance USA

Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)

[ ] Driver's License  [ ] State Issued ID Card  [ ] Passport  [ ] Military  [ ] Other _____

Name _____

Issue Date *(mm/dd/yyyy)* _____  Exp. Date *(mm/dd/yyyy)* _____  State of Issuance _____

ID No _____  Country of Issuance _____

[X] Acceptance Agent  [ ] (Vice) Consul USA

ALTURA POST OFFICE  AUG -5 2016 (Seal)  AURORA CO 80011

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

**ALTURA STATION**

**15355 E. COLFAX AVENUE**

**AURORA, CO 80011-9998**

Facility Name/Location

555124  Facility ID Number

X *Valery Katsnelson* (signature)
Applicant's Legal Signature - age 16 and older

X _____
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Agent ID Number

8/5/2016  Date

X _____
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Signature of person authorized to accept applications

For Issuing Office Only → Bk ____ Card ____ EF ____ Postage ____ Execution ____ Other ____

* DS 11 _____ 1 *  **000007**

DS-11  09-2013

Page 1 of 2

00008953-0833

**Name of Applicant** (Last, First, & Middle)

KATSNELSON VALERY

**Date of Birth** (mm/dd/yyyy)

████ - 1951

**10. Parental Information**
Mother/Father/Parent - First & Middle Name

LUBOV

Last Name (at Parent's Birth)

DOMNITS

Date of Birth (mm/dd/yyyy) ████ 1922

Place of Birth BELORUS, BOBRUYSK

Sex: ☐ Male  ☒ Female

U.S. Citizen? ☐ Yes  ☒ No

Mother/Father/Parent - First & Middle Name

MICHAEL

Last Name (at Parent's Birth)

KATSNELSON

Date of Birth (mm/dd/yyyy) ████ 1915

Place of Birth BELORUS BOBRUYSK

Sex: ☒ Male  ☐ Female

U.S. Citizen? ☐ Yes  ☒ No

**11. Have you ever been married?** ☐ Yes  ☒ No  If yes, complete the remaining items in #11.

Full Name of Current Spouse or Most Recent Spouse | Date of Birth (mm/dd/yyyy) | Place of Birth

U.S. Citizen? ☐ Yes ☐ No  Date of Marriage (mm/dd/yyyy) | Have you ever been widowed or divorced? ☐ Yes ☐ No | Widow/Divorce Date (mm/dd/yyyy)

**12. Additional Contact Phone Number** ☐ Home ☐ Cell ☐ Work

**13. Occupation** (if age 16 or older)

**14. Employer or School** (if applicable)

**15. Height** 5-07  **16. Hair Color** BRO  **17. Eye Color** BLU

**18. Travel Plans** Departure Date (mm/dd/yyyy) | Return Date (mm/dd/yyyy) | Countries to be Visited

**19. Permanent Address** - If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.
Street/RFD # or URB (No P.O. Box)

12839 E. LOUISIANA AVE. AURORA, CO 80012

Apartment/Unit

City | State | Zip Code

**20. Emergency Contact** - Provide the information of a person not traveling with you to be contacted in the event of an emergency.

Name LARISA PATENT

Address: Street/RFD # or P.O. Box ████

Apartment/Unit AURORA

City AURORA | State CO | Zip Code 80012 | Phone Number ████ | Relationship Sister

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ☒ Yes ☐ No  If yes, complete the remaining items in #21.

Name as printed on your most recent passport book | Most recent passport book number | Most recent passport book issue date (mm/dd/yyyy)

Status of your most recent passport book: ☐ Submitting with application ☐ Stolen ☐ Lost ☐ In my possession (if expired)

Name as printed on your most recent passport card | Most recent passport card number | Most recent passport card issue date (mm/dd/yyyy)

Status of your most recent passport card: ☐ Submitting with application ☐ Stolen ☐ Lost ☐ In my possession (if expired)

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence _Same_

☐ Birth Certificate  SR  CR  City  Filed: | Issued:
☒ Nat. / Citz. Cert.  USCIS  USDC  Date/Place Acquired: 10/7/88 | A# 76524633
☐ Report of Birth  Filed/Place: | 13S 5/9/03  Denver, CO
☐ Passport  C/R  S/R  Per PIERS  #/DOI:
☐ Other:
☒ Attached:

☒ P/C of ID ☐ DS-3053 ☐ DS-64 ☐ DS-5520 ☐ DS-5513 ☐ Citz W/S
☐ P/C of Citz ☐ DS-10 ☐ DS-86 ☐ DS-71 ☐ IRL ☐ CIS Ver

DEPARTMENT OF STATE

AUG 18 2016

████

DS-11  09-2013

Page 2 of 2

000008

# THE UNITED STATES OF AMERICA

**No.** 12564774

# CERTIFICATE OF NATURALIZATION

*I N S Registration No.* A26 564 633

Personal description of holder, as of date of issuance of this certificate: Date of birth _____ 1951 ; sex _____ MALE ;
complexion _____ ***** color of eyes _____ ***** color of hair _____ ***** ; height _____ 5 feet 9 inches;
weight _____ pounds; visible distinctive marks _____ *****
Marital status _____ SINGLE ; Country of former nationality _____ USSR

*Valery Katsnelson*
(Complete and true signature of holder)



*Seal*

Be it known that _____ VALERY KATSNELSON ,
residing at _____ DENVER, COLORADO ,
having applied to the Commissioner of Immigration and Naturalization for a Certificate
of Naturalization, and having proved to the satisfaction of the Commissioner that (s) he
Was naturalized by the United States District Court at DENVER, COLORADO on
OCTOBER 7, 1988

Now Therefore, in pursuance of the authority contained in Section 3431 , a
of the Immigration and Nationality Act, this Certificate of Naturalization is
issued this _____ NINTH day of _____ MAY
TWO THOUSAND THREE
and the seal of the Department of Justice affixed pursuant to statute.

IT IS PUNISHABLE BY U S LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

984920


COMMISSIONER OF IMMIGRATION AND NATURALIZATION

# DEPARTMENT OF JUSTICE

FORM N-570 (REV. 11-1-87)

SENSITIVE BUT UNCLASSIFIED

000009

00008953-0834





U.S. Department of State

OMB APPROVAL NO. 1405-0150
Expires: 12-31-2022
ESTIMATED BURDEN: 20 MINUTES

## REPATRIATION / EMERGENCY MEDICAL AND DIETARY ASSISTANCE LOAN APPLICATION

**PART 1 - APPLICATION TO BE COMPLETED BY EACH ADULT APPLICANT REGARDLESS OF NATIONALITY**

| 1. Last Name *(Print Clearly)* | 2. First Name | 3. Middle Name |
|---|---|---|
| Katsnelson | Valery | |

| 4. Social Security Number | 5. Date of Birth *(mm-dd-yyyy)* | 6. Place of Birth | 7. Identity Document | 8. Sex |
|---|---|---|---|---|
| | ▬1951 | Russia, USSR | Issuing Country ____ <br> X Passport No.  550951785 <br> OR ☐ National ID No. | X Male ☐ Female |

**9. Current lodging where you may be contacted now.**
Akrestsina detention center in Minsk

| 10. Phone number where you may be contacted now. | 11. E-mail address where you may be contacted now. |
|---|---|
| | |

**12. Medical condition, current injuries, or limited mobility relevant to evacuation.**

**13. Verifiable Billing Address at Final Destination in United States or other Permanent Address *(Not a Post Office Box)***

**14. Address Line 1**  To be determined

**15. Address Line 2**

| 16. City | 17. State/Province | 18. Country |
|---|---|---|
| New York | NY | USA |

| 19. Postal Code | 20. Telephone Number *(Include Country/City Codes)* | 21. E-mail Address |
|---|---|---|
| | | |

**22. Emergency Contact *(Do not list someone traveling with you)***

| 23. Last Name *(Print Clearly)* | 24. First Name |
|---|---|
| Patent | Larisa |

**25. Address Line 1**

**26. Address Line 2**

| 27. City | 28. State/Province | 29. Country |
|---|---|---|
| Denver | CO | USA |

| 30. Postal Code | 31. Telephone Number *(Include Country/City Codes)* | 32. E-mail Address |
|---|---|---|
| | 303-337-0422 | |

**33. Relationship to you**
Sister

**34. Minor Children or Incapacitated/Incompetent Adults to be Repatriated or to Receive Emergency Medical and Dietary Assistance, list below.**
☐ Check here if none

| 35. Last Name *(Print Clearly)* | 36. First Name | 37. Middle Name |
|---|---|---|
| | | |

| 38. Social Security Number | 39. Date of Birth *(mm-dd-yyyy)* | 40. Place of Birth | 41. Identity Document | 42. Sex | 43. This Person is My |
|---|---|---|---|---|---|
| | | | Issuing Country ____ <br> ☐ Passport No. ____ <br> OR ☐ National ID No. | ☐ Male ☐ Female | |

| 44. Last Name *(Print Clearly)* | 45. First Name | 46. Middle Name |
|---|---|---|
| | | |

| 47. Social Security Number | 48. Date of Birth *(mm-dd-yyyy)* | 49. Place of Birth | 50. Identity Document | 51. Sex | 52. This Person is My |
|---|---|---|---|---|---|
| | | | Issuing Country ____ <br> ☐ Passport No. ____ <br> OR ☐ National ID No. | ☐ Male ☐ Female | |

000011

| Name (Print Clearly) | 54. First Name | 55. Middle Name | Identity Document Number from Line 7 |
|---|---|---|---|

| Social Security Number | 57. Date of Birth (mm-dd-yyyy) | 58. Place of Birth | 59. Identity Document Issuing Country ☐ Passport No. OR ☐ National ID No. | 60. Sex ☐ Male ☐ Female | 61. This Person is My |
|---|---|---|---|---|---|

| 62. Last Name (Print Clearly) | 63. First Name | 64. Middle Name |
|---|---|---|

| 65. Social Security Number | 66. Date of Birth (mm-dd-yyyy) | 67. Place of Birth | 68. Identity Document Issuing Country ☐ Passport No. OR ☐ National ID No. | 69. Sex ☐ Male ☐ Female | 70. This Person is My |
|---|---|---|---|---|---|

| 71. Last Name (Print Clearly) | 72. First Name | 73. Middle Name |
|---|---|---|

| 74. Social Security Number | 75. Date of Birth (mm-dd-yyyy) | 76. Place of Birth | 77. Identity Document Issuing Country ☐ Passport No. OR ☐ National ID No. | 78. Sex ☐ Male ☐ Female | 79. This Person is My |
|---|---|---|---|---|---|

| 80. Last Name (Print Clearly) | 81. First Name | 82. Middle Name |
|---|---|---|

| 83. Social Security Number | 84. Date of Birth (mm-dd-yyyy) | 85. Place of Birth | 86. Identity Document Issuing Country ☐ Passport No. OR ☐ National ID No. | 87. Sex ☐ Male ☐ Female | 88. This Person is My: |
|---|---|---|---|---|---|

**89. PART 2 - Promissory Note and Repayment Agreement**

1. I promise to repay the U.S. Government in U.S. dollars or the foreign currency equivalent, within 30 days of initial billing, and if not repaid within 60 days of initial billing at an interest rate established in accordance with Federal law, for Emergency, Medical and Dietary Assistance or Repatriation loans. This loan is in addition to any other U.S. Government loans received for other purposes. I will keep the Department of State's Accounts Receivable Branch informed of my address(es) until I repay my loan in full. If I am unable to pay this loan in full, the Department of State may, at its discretion and upon my request, forward to me an installment agreement containing an installment plan for repayment of my loan.

2. I understand that:

   (a) My obligation to repay my loan will not be considered paid in full until it clears through the account of the Treasurer of the United States.
   (b) Until I have paid my loan in full, I and all listed U.S. citizen family members will only be eligible for a limited validity U.S. passport.
   (c) If my loan is in default, I and all U.S. citizen listed family members will not be eligible for limited validity U.S. passports.
   (d) My loan will be subject to interest, penalties, and other charges for late payment as directed by law and regulation.
   (e) I will be liable to pay any costs for collection.

3. I will include my name, date of birth, place of birth, and Social Security number with all correspondence, payments, and questions. I will make payment to the Department of State, Accounts Receivable by credit/debit card, check or money order payable to Accounts Receivable Branch, PO Box 979005, St. Louis, MO 63197-9000. Send questions by mail or courier (DHL, FedEx, UPS, etc.) to: Accounts Receivable Branch, Comptroller and Global Financial Services, Department of State, 2010 Bainbridge Ave., North Charleston, SC 29405. To make inquiries by telephone. From the U.S. or Canada, call 1-800-521-2116 or internationally, call 843-746-0592. To make inquires by email, contact FMPARD@state.gov.

4. I understand that assistance requested from the Department of Health and Human Services (HHS) will be provided based on availability upon arrival in the United States. In addition, reception and resettlement assistance provided by HHS is in the form of a loan which has to be paid back to the U.S. Government.

**90. Signature Block for Applicant**

I hereby accept the foregoing terms and conditions of repayment for myself and persons listed.

91. Full Name Printed  *Valery Katsnelson*

92. Signature  *[signature]*

93. Date (mm-dd-yyyy)  *12-27-2022*

Page 2 of 3

000012

Identity Document Number from Line 7

## AUTHORIZATION FOR RELEASE OF INFORMATION UNDER THE PRIVACY ACT

The Privacy Act authorization is optional and will not affect the Department of State's processing of your loan application.

I authorize the Department of State, including U.S. diplomatic and consular missions, to release information about me and persons listed to: (Please place a check in the following boxes for the people to whom you authorize information to be released.) ☐ family, ☐ friends, ☐ individual members of congress, ☐ members of the press, ☐ and the general public.

95. Signature _____    96. Date    (mm-dd-yyyy) _____

97. I authorize the Department of State to provide information to the U.S. Department of Health and Human Services (HHS) (Repatriation Program) and/or its partners and grantees with information to assist in my/our resettlement if needed.

98. Signature _____    99. Date    (mm-dd-yyyy) 12-27-2022

100. If form is signed before Notary Public in the United States for benefit of unaccompanied minor child or incapacitated or incompetent adult abroad.

State of _____ County of _____ On _____ , before me _____
                                              Date    (mm-dd-yyyy)                    (Notary)

Personally appeared, _____    Notary Public for My Commission Expires _____
                          (Signer)

### PART 3 - CONSULAR NOTES - For Official Use Only

☐ No Signature of Loan Recipient - Minor
☐ No Signature of Loan Recipient - Incapacitated/Incompetent Adult
☐ Loan Includes Temporary Subsistence

☐ No Social Security Number
☒ Escort (No Familial Relationship)
☐ Other (Please Explain)

If applicable, list U.S. citizen associated with Third Country National/Host Country National, accompanying spouse or partner, or escort of primary applicant.

| Name of the U.S. Citizen | Date of Birth | Place of Birth | Social Security Number |
|---|---|---|---|
| | | | |

Repatriation to United States or Emergency Medical or Dietary Assistance Abroad (EMDA) Loan Amount

| Amount in Foreign Currency | Amount in U.S. Currency $6,000 |
|---|---|

The above total includes U.S. Dollars currency for subsistence for the following dates: _____ _____ and U.S. Dollars currency for Repatriation/Emergency Medical and Dietary Assistance.    From (mm-dd-yyyy)    To (mm-dd-yyyy)

### PART 4 - CONSULAR OFFICER SIGNATURE AND CERTIFICATION

The undersigned consular officer approves the loan specified above.

_____    U.S. Embassy Vilnius
Signature of Consular Officer          Name of Post

_____    12-27-2022
Typed or Printed Name of Consular Officer    Date (mm-dd-yyyy)

Consul    SEAL
Title of Consular Officer

### PRIVACY ACT AND PAPERWORK REDUCTION ACT STATEMENT

AUTHORITY: The information on this form is requested under the authority of 22 U.S.C. §§ 2670, 2671 and E.O. 9397, as amended.

PURPOSE: The principal purpose of the information gathered is to provide an accurate list of U.S. citizens and non-U.S. citizens receiving repatriation/emergency medical and dietary assistance in foreign countries.

ROUTINE USES: The information solicited on this form may be made available to other government agencies to assist the U.S. Department of State in processing repatriation/emergency medical and dietary assistance documentation and related services, law enforcement and administrative purposes. More information on the Routine Uses for the system can be found in System of Records Notice, State-05, Overseas Citizens Services Records and the Prefatory Statement of Routine Uses published in the Federal Register.

DISCLOSURE: Furnishing the requested information is voluntary, but failure to provide it may result in delays in reviewing the application or in an inability to provide the requested assistance.

### PAPERWORK REDUCTION ACT (PRA) STATEMENT

Public reporting burden for this collection of information is estimated to average 20 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1707.

000013    Page 3 of 3



# Electronic Ticket Itinerary Receipt

**Reservation Number**   **RJFOGV**

| Passenger | Ticket number | Cost |
|---|---|---|
| KATSNELSON/VALERY | 628 2476781968 | EUR 361 |

Additional options for online check-in, preferable seating or meal for charge, baggage and loyalty program you can find on the airline website.

| From | To | Flight | Class | Date | Departure time | Fare basis & | Status codes | Valid for | Baggage allow. |
|---|---|---|---|---|---|---|---|---|---|
| MINSK | ISTANBUL | B2 785 | K | 04JAN | 09:05 | KSMT1 | OK | 04JAN04JAN | 1PC |

| Ticket restrictions and endorsement | Place of Issue | Date of issue | Agent | Total |
|---|---|---|---|---|
| | TEAMAVIA 62 39158 2 | 30DEC22 | VE | EUR 361 |

**Form of payment**
Invoice

**30DEC22**
MINSK/BELARUS
для квитанций билетов



SENSITIVE BUT UNCLASSIFIED

000014

NOTICE. If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and in respects of loss of or damage to baggage. See also notices headed "Advice to International Passengers on Limitation of Liability" and "Notice of Baggage Liability Limitations".

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtain from the issuing carrier or carrier indicated in the "carrier" box in the electronic ticket (passenger itinerary/ receipt).

---

Passenger Ticket and baggage check or this itinerary/receipt of "electronic ticket" is a document certifying the contract for the passenger and baggage carriage concluded between the passenger and the carrier. This passenger ticket is valid for the air transportation on the territory of Belarus and international carriage.

## ATTENTION

If you break your journey for more than 72 hours at any point please reconfirm your intention of using your continuing or return reservation.

To do so, please inform the airline office at the point where you intend to resume your journey at least 72 hours before departure of your flight.

## CHECK-IN  TIME

The check-in of passengers and their luggage for a flight begins 2 hours and finishes 40 minutes prior to the time of departure shown in the ticket. If you have not reported for check-in by the fixed time, the carrier may dispose otherwise of your seat.

## CONDITIONS OF CONTRACT

1.As used in this contract "ticket" means this passenger ticket and baggage check, or this itinerary/receipt if applicable, in the case of an electronic ticket, of which these conditions and the notices form part, "carriage" is equivalent to "transportation", "carrier" means all air carriers that carry or undertake to carry the passenger or his  baggage  hereunder  or  perform  any  other service incidental to such air carriage, "electronic ticket" means the Itinerary/Receipt issued by or on behalf of Carrier, the Electronic Coupons and, if applicable, a boarding document. "WARSAW CONVENTION" means the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, 12th October 1929, or that Convention as amended at The Hague, 28th September 1955, whichever may be applicable.

2.Carriage hereunder is subject to the rules and limitations relating to liability established by the Warsaw Convention unless such carriage is not "international carriage" as defined by that Convention.

3.To the extent not in conflict with the foregoing carriage and other services performed by each carrier are subject to: (i) provisions contained in the ticket, (ii) applicable tariffs, (iii) carrier's conditions of carriage and related regulations which are made part hereof (and are available on application at the offices of carrier), except in transportation between a place in the United States or Canada and any place outside thereof to which tariffs in force in those countries apply.

4.Carrier's name may be abbreviated in the ticket, the full name and its abbreviation being set forth in carrier's tariffs, conditions of carriage, regulations or timetables; carrier's address shall be the airport of departure shown opposite the first abbreviation of carrier's name in the ticket; the agreed stopping places are those places set forth in this ticket or as shown in carrier's timetables as scheduled stopping places on the passenger's route; carriage to be performed hereunder by several successive carriers is regarded as a single operation.

5.An air carrier issuing a ticket for carriage over the lines of another air carrier does so only as its Agent.

6.Any exclusion or limitation of liability of carrier shall apply to and be for the benefit of agents, servants and representatives of carrier and any person whose aircraft is used by carrier for carriage and its agents, servants and representatives.

7.Checked baggage will be delivered to bearer of the baggage check. In case of damage to baggage moving- in international transportation complaint must be made in writing to carrier forthwith after discovery of damage and, at the latest, within seven days from receipt; in case of delay, complaint must be made within 21 days from date the baggage was delivered. See tariffs or conditions of carnage regarding non-international transportation.

8.This ticket is good for carriage for one year from date of issue, except as otherwise provided in this ticket, in carrier's tariffs, conditions of carriage, or related regulations. The fare for carriage hereunder is subject to change prior to commencement of carriage. Carrier may refuse transportation If the applicable fare has not been paid.

9.Carrier undertakes to use its best efforts to carry the passenger and baggage with reasonable dispatch. Times shown in timetables or elsewhere are not guaranteed and form no part of this contract. Carrier may without notice substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the ticket in case of necessity. Schedules are subject to change without notice. Carrier assumes no responsibility for making connections.

10.Passenger shall comply with Government travel requirements, present exit, entry and other required documents and arrive at airport by time fixed by carrier or, if no time is fixed, early enough to complete departure procedures.

11.No agent, servant or representative of carrier has authority to alter, modify or waive any provision of this contract.

## DENIED BOARDING BY OVERBOOKING

In those countries where Denied Boarding Compensation regulations are  in force, carriers operate compensation plans for passengers with confirmed reservations who are denied boarding  because of non-availability of seats caused by overbooking. Details of these plans are available at the airlines' offices.

In order to minimize the effect of "no shows" and to permit seats to be used by passengers who otherwise would not be able to travel on a chosen flight, carriers may overbook flights.

## NOTICE OF GOVERNMENT IMPOSED TAXES, FEES AND CHARGES

The price of this ticket may include taxes, fees and charges which are imposed on air transportation by government authorities. These taxes, fees and charges, which may represent a significant portion of the cost of air travel, are either included in the fare, or shown separately in the "TAX/FEE/CHARGES" box(es) of this ticket. You may also be required to pay taxes, fees and charges not already collected.

SENSITIVE BUT UNCLASSIFIED



# Electronic Ticket Itinerary Receipt

**Reservation Number**  **WF8D4Y**

| Passenger | Ticket number | Cost |
|---|---|---|
| KATSNELSON/VALERY | 235 1023385964 | EUR 1250 |

Additional options for online check-in, preferable seating or meal for charge, baggage and loyalty program you can find on the airline website.

| From | To | Flight | Class | Date | Departure time | Fare basis & | Status codes | Valid for | Baggage allow. |
|---|---|---|---|---|---|---|---|---|---|
| ISTANBUL | NEWARK | TK 0029 | Y | 04JAN | 19:10 | YLTOW | OK | | 2PC |

| Ticket restrictions and endorsement | Place of Issue | Date of issue | Agent | Total |
|---|---|---|---|---|
| NONEND/TK ONLY -BG:TK | TEAMAVIA 62 39158 2 | 30DEC22 | SV | EUR 1250 |

**30DEC22**
MINSK/BELARUS
для квитанций билетов

| Form of payment |
|---|
| Invoice |

Check-in begins 3 hours and ends 1,5 hour before departure. On-line registration begins 24 hours before departure.



SENSITIVE BUT UNCLASSIFIED

000016

NOTICE.  If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and in respects of loss of or damage to baggage. See also notices headed "Advice to International Passengers on Limitation of Liability" and "Notice of Baggage Liability Limitations".

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtain from the issuing carrier or carrier indicated in the "carrier" box in the electronic ticket (passenger itinerary/ receipt).

------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

 Passenger Ticket and baggage check or this itinerary/receipt of  "electronic ticket"  is a document certifying the contract for the passenger and baggage carriage concluded between the passenger and the carrier. This passenger ticket is valid for the air transportation on the territory of Belarus and international carriage.

ATTENTION

If you break your journey for more than 72 hours at any point please reconfirm your intention of using your continuing or return  reservation.
To do so, please inform the airline office at the point where you intend to resume your journey at least 72 hours before departure of your flight.

CHECK-IN  TIME

The check-in of passengers and their luggage for a flight begins 2 hours and finishes 40 minutes prior to the time of departure shown in the ticket. If you have not reported for check-in by the fixed time, the carrier may dispose otherwise of your seat.

CONDITIONS OF CONTRACT

1.As used in this contract "ticket" means this passenger ticket and baggage check, or this itinerary/receipt if applicable, in the case of an electronic ticket, of which these conditions and the notices form part, "carriage" is equivalent to "transportation", "carrier" means all air carriers that carry or undertake to carry the passenger or his  baggage  hereunder  or  perform  any  other service incidental to such air carriage, "electronic ticket" means the Itinerary/Receipt issued by or on behalf of Carrier, the Electronic Coupons and, if applicable, a boarding document. "WARSAW CONVENTION" means the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, 12th October 1929, or that Convention as amended at The Hague, 28th September 1955, whichever may be applicable.

2.Carriage hereunder is subject to the rules and limitations relating to liability established by the Warsaw Convention unless such carriage is not "international carriage" as defined by that Convention.

3.To the extent not in conflict with the foregoing carriage and other services performed by each carrier are subject to: (i) provisions contained in the ticket, (ii) applicable tariffs, (iii) carrier's conditions of carriage and related regulations which are made part hereof (and are available on application at the offices of carrier), except in transportation between a place in the United States or Canada and any place outside thereof to which tariffs in force in those countries apply.

4.Carrier's name may be abbreviated in the ticket, the full name and its abbreviation being set forth in carrier's tariffs, conditions of carriage, regulations or timetables; carrier's address shall be the airport of departure shown opposite the first abbreviation of carrier's name in the ticket; the agreed stopping places are those places set forth in this ticket or as shown in carrier's timetables as scheduled stopping places on the passenger's route; carriage to be performed hereunder by several successive carriers is regarded as a single operation.

5.An air carrier issuing a ticket for carriage over the lines of another air carrier does so only as its Agent.

6.Any exclusion or limitation of liability of carrier shall apply to and be for the benefit of agents, servants and representatives of carrier and any person whose aircraft is used by carrier for carriage and its agents, servants and representatives.

7.Checked baggage will be delivered to bearer of the baggage check. In case of damage to baggage moving- in international transportation complaint must be made in writing to carrier forthwith after discovery of damage and, at the latest, within seven days from receipt; in case of delay, complaint must be made within 21 days from date the baggage was delivered. See tariffs or conditions of carnage regarding non-international transportation.

8.This ticket is good for carriage for one year from date of issue, except as otherwise provided in this ticket, in carrier's tariffs, conditions of carriage, or related regulations. The fare for carriage hereunder is subject to change prior to commencement of carriage. Carrier may refuse transportation If the applicable fare has not been paid.

9.Carrier undertakes to use its best efforts to carry the passenger and baggage with reasonable dispatch. Times shown in timetables or elsewhere are not guaranteed and form no part of this contract. Carrier may without notice substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the ticket in case of necessity. Schedules are subject to change without notice. Carrier assumes no responsibility for making connections.

10.Passenger shall comply with Government travel requirements, present exit, entry and other required documents and arrive at airport by time fixed by carrier or, if no time is fixed, early enough to complete departure procedures.

11.No agent, servant or representative of carrier has authority to alter, modify or waive any provision of this contract.

DENIED BOARDING BY OVERBOOKING

In those countries where Denied Boarding Compensation regulations are  in force, carriers operate compensation plans for passengers with confirmed reservations who are denied boarding  because of non-availability of seats caused by overbooking. Details of these plans are available at the airlines' offices.

In order to minimize the effect of "no shows" and to permit seats to be used by passengers who otherwise would not be able to travel on a chosen flight, carriers may overbook flights.

NOTICE OF GOVERNMENT IMPOSED TAXES, FEES AND CHARGES

The price of this ticket may include taxes, fees and charges which are imposed on air transportation by government authorities. These taxes, fees and charges, which may represent a significant portion of the cost of air travel, are either included in the fare, or shown separately in the "TAX/FEE/CHARGES" box(es) of this ticket. You may also be required to pay taxes, fees and charges not already collected.

SENSITIVE BUT UNCLASSIFIED

000017

**From:**  SMART Core
**Cc:**

**Subject:**  (SBU/PII) Repatriation: Final Repatriation Report: VALERY KATSNELSON
**Date:**  Monday, January 9, 2023 9:06:02 AM
**Attachments:**  StateSeal.gif

## UNCLASSIFIED
Privacy/PII



**Info Office:**  ACS_EUR, PRI, DIR, ACS_CRISIS_MGMT, OCS_PROTECTED, ACS_EAP, CI_Abductions, Special_Assistant

**MRN:**  23 BELARUS AFFAIRS UNIT VILNIUS 16
**Date/DTG:**  Jan 09, 2023 / 091404Z JAN 23
**From:**  USOFFICE BELARUS AFFAIRS UNIT VILNIUS
**Action:**  WASHDC, SECSTATE *ROUTINE*
**E.O.:**  13526
**TAGS:**
**Captions:**
**Pass Line:**

**Subject:**  (SBU/PII) Repatriation: Final Repatriation Report: VALERY KATSNELSON

1. (SBU/PII) Name: Valery KATSNELSON.

2. (SBU) Date and place of birth: ███████, 1951, Russia.

3. (SBU) Reason for Destitution: On August 22, 2022, Mr. Katsnelson requested Post's assistance with returning to the United States, noting he had exhausted his cash savings and was unable to access his U.S. pension from Belarus.  At the time, Mr. Katsnelson was unwilling to accept a

**000018**

repatriation loan, and opted to stay at IOM-provided accommodations from approximately early August to late October.  From late October until his detention on November 10 for failing to maintain his registered residence, Mr. Katsnelson was living at Minsk's central train station.  On December 6, Mr. Katsnelson requested Post's assistance in applying for a repatriation loan to return to the United States.

4. (SBU) Total Expended: $5,951.17
       a. Authorized: $6,000;
       b. Returned: $48.83; and
       c. Fiscal Strip Data: FY 2023, APPR 19X4107, ALOT 2022, FUNC 0, OBLG 2022395325, OBJ 3323.

5. (SBU) Subsistence: $115.

6. (SBU) Travel: Valery Katsnelson and Escort ▮▮▮▮▮▮▮ $4,366.17.  Mr. Katsnelson and Mr. ▮▮▮▮ flew  Minsk – Istanbul – Newark on January 5, 2023.  Mr. ▮▮▮▮▮ returned Tampa – Frankfurt – Vilnius – Minsk on January 8, 2023, using a cost-constructed itinerary for New York – Istanbul – Minsk.

7. (SBU) Other Expenses:
- Cash for Mr. Katsnelson's immigration fine: $150.
- Two nights of lodging for escort (travel was over 16 hours): $318 ($159/night).
- M&IE for escort (travel was over 16 hours): $276.50 ( $59.25/day for first and last days, $79 for two other days).
- Fee for Escort: $725.50.

8. (SBU/PII) Final Action: Mr. Katsnelson returned to the United States on January 4, 2023 on Belavia Airlines B2 785 from Minsk to Istanbul and Turkish Airlines TK 0029 from Istanbul to Newark, NJ.  Per instruction from NY HHS, via ISS-USA, Mr. Katsnelson and Mr. ▮▮▮▮ then took a taxi from Newark, NJ to the Quality Inn JFK (153-95 Rockaway Blvd, Queens, NY 11434) for overnight stay to facilitate reception of Mr. Katsnelson next day (January 5, 2023).

9. (SBU/PII) Social Security Number: ▮▮▮▮▮-7502.

10. (SBU/PII) Verified U.S. Billing Address:  International Social Service, USA / ATTN: ISS-USA Case #42388, 1120 N Charles St, Suite 300, Baltimore, MD 21201.

11. (SBU) Remarks: Post was unable to limit or physically cancel U.S. passport 550951785 issued on August 18, 2016.  U.S. Embassy Minsk suspended operations on February 28, 2022, as a result of Russia's invasion of Ukraine through Belarus.  Mission Minsk, including the consular section, is currently based in Vilnius, Lithuania.  Consular Chief did not have a valid visa at the time of approval of the repatriation loan and was unable to travel to Minsk to limit or cancel the passport prior to Mr. Katsnelson's repatriation. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮

**000019**

**Signature:**              Kaufman

**Drafted By:**             BELARUS AFFAIRS UNIT VILNIUS: ████████████
**Cleared By:**             CONS: ████████████
**Approved By:**            CONS: ████████████
**Released By:**            BELARUS AFFAIRS UNIT VILNIUS: ████████████

**Action Post:**            NONE
**Dissemination Rule:**     ████████████

**<span style="color:green">UNCLASSIFIED</span>**
Privacy/PII

**000020**

00106634-0032



**United States Department of State**

*Washington, D.C.   20520*

May 11, 2023

Valery Katsnelson
400 East 30ᵗʰ Street
New York, NY 10016

Dear Mr. Katsnelson:

The State Department hereby informs you that it has revoked U.S. Passport number 550951785, issued to you on August 18, 2016, along with any other U.S. passports issued to you. This action is taken pursuant to the provisions of 22 C.F.R. § 51.62(a)(1) and 22 C.F.R. § 51.60(a)(1), which provide that the Department may revoke a passport if the passport holder is in default on a repatriation loan received from the United States. The regulations cited in this notice may be found at http://www.ecfr.gov.

The Department has been informed that you are in default on repatriation loan number 2022395325, which you received on December 27, 2022. Under 22 C.F.R. § 51.62(a)(1), the Department may revoke a passport if the Department is informed that the applicant is in default of a loan received from the United States under 22 U.S.C. § 2671(b)(2)(B) for the repatriation of the applicant from a foreign country. Because you are in default on repatriation loan number 2022395325, U.S. Passport number is hereby revoked pursuant to 22 C.F.R. § 51.62(a)(1) and 22 C.F.R. § 51.60(a)(1).

Under 22 C.F.R. §§ 51.7 and 51.66, the U.S. passport remains the property of the U.S. Government and must be surrendered upon demand. You are requested to immediately surrender and return U.S. Passport number 550951785 to the State Department at the following address: ATTN: U.S. Department of State, Attn: ref.: 3625928, Revocations Officer, CA/PPT/S/A, 44132 Mercure Circle, P.O. Box 1243, Sterling, VA 20166-1243. Any further use of a U.S. passport by you is a felony. See 18 U.S.C. § 1544.

You are not entitled to a hearing under 22 C.F.R. §§ 51.70 through 51.74. 22 C.F.R. § 51.70(b)(1) states that a hearing is not provided in a case of an adverse passport action where the Department may only issue a passport for direct return to the United States, such as in this case.

Please be advised that payments for your repatriation loan may be made to the U.S. Department of the Treasury at the following address: U.S. Department of the Treasury, P.O. Box 979101, St. Louis, Missouri 63197-9000. You may also pay by phone by calling 1 (888) 826-3127 or pay online at http://www.pay.gov/paygov/paymydebt.

You are welcome to reapply for a U.S. passport once the balance of the repatriation loan in your name has been paid.

Sincerely,

Bureau of Consular Affairs
Passport Services
Office of Adjudication

2

**000022**

Customer Bill
# Department of State

| Customer Information | Remittance Information |
|---|---|
| **To:** VALERY KATSNELSON | **Remit to:** DEPARTMENT OF STATE<br>ACCOUNTS RECEIVABLE BRANCH<br>PO BOX 979005<br>ST LOUIS, MO 63197-9000 |
| **Address:** 1120 N CHARLES ST<br>STE 300<br>BALTIMORE, MD 21201 | |
| **Phone:** | |
| **Agency Location Code:** | |

**Comments:**

Pursuant to the Promissory Note you signed for the Repatriation Loan you received from the Department of State, the amount stated below is due by the listed due date.  If full payment is not received within 30 days from the due date, interest and a $50.00 administrative charge for processing and handling will be assessed. If this account becomes 90 days past due then you will also be assessed penalties on the unpaid balance. Reimbursement to the Department for these Repatriation costs may be paid by debit or credit card through Pay.gov. Visit https://www.pay.gov and search REPAT to make your payment online. You may also make payment by credit or debit card using the enclosed form.

If you would like to pay by check or money order, please make payable to the Department of State and mail to Accounts Receivable Branch, P.O. Box 979005, St. Louis, MO 63197-9000.  Please include this notice with your payment. If you are not able to pay the amount in full, you have the option to enter into an Installment Agreement.  Please contact Accounts Receivable at 1-800-521-2116 for additional information.
In accordance with federal debt collection regulations, if full payment is not received within 30 days from the due date, interest and a $50.00 administrative charge for processing and handling will be assessed. If this account becomes 90 days past due, then penalties will be assessed on the unpaid balance. Once a debt has been delinquent for 90 days, the debt will be referred to the Department of Treasury for collection and they may collect the debt via administrative offset of federal payment (e.g. tax returns, social security), referral to a private collection agency, referral to credit bureaus, through administrative wage garnishment and/or through other actions permitted by law.

Pursuant to 22 CFR 34.9, you have the right to request an internal administrative review with respect to the existence of the debt or the amount of the debt.  Requests for reviews should be submitted to the attention of: The Comptroller via either email at DoSDebtReviewsEvacs@state.gov or by mail at Global Financial Service Center, 2010 Bainbridge Avenue, North Charleston, SC 29405. Please include a copy of this notice with your request, along with any other relevant documentation. Once the Office of the Comptroller acknowledges receipt of your request, all collection activity on this debt, including the accrual of interest, penalties, and costs, will be suspended while your request is pending.
If you have questions, please visit https://cgfsaccountsreceivablebranch.state.gov. Additionally, you can contact the Department of State's Accounts Receivable Branch by phone at 1-800-521-2116 during regular business hours of 7:30am - 4:00pm or by email FMPARD@state.gov.  Written correspondence relating to this debt may be sent to: Department of State, Accounts Receivable Branch, Global Financial Services, 2010 Bainbridge Avenue North Charleston, SC 29405.

## Payment Due Date:  10/27/2023

| Date | Bill Type/<br>Bill Number | Description | Billed<br>Amount | Collected<br>Amount | Chargeback<br>Amount | Outstanding<br>Amount |
|---|---|---|---|---|---|---|
| 09/27/23 | AR<br>1007308094 - 1 | | $5,951.17 | $0.00 | $0.00 | $5,951.17 |
| | | Principal | $5,951.17 | $0.00 | $0.00 | $5,951.17 |
| | | Interest Charges | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Admin Charges | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Penalty Charges | $0.00 | $0.00 | $0.00 | $0.00 |

**000023**

| | |
|---|---|
| **Outstanding Principal:** | **$5,951.17** |
| **Outstanding Interest:** | **$0.00** |
| **Outstanding Admin Charge:** | **$0.00** |
| **Outstanding Penalty Charge:** | **$0.00** |
| **Outstanding Balance:** | **$5,951.17** |

**000024**

Remittance Page(s)

Department of State

| **Customer Information** | **Remittance Information** |
|---|---|
| **To:** VALERY KATSNELSON | **Remit to:** DEPARTMENT OF STATE |
| | ACCOUNTS RECEIVABLE BRANCH |
| **Address:** 1120 N CHARLES ST | PO BOX 979005 |
| STE 300 | ST LOUIS, MO 63197-9000 |
| BALTIMORE, MD 21201 | |

**Phone:**

**Change**
**of**                    _____
**Address**               _____
                          _____

**This Payment References the following Billing Document(s):**     **Outstanding Amount Due:**     $5,951.17

AR   1007308094                                                     **Amount Enclosed:**     _____

**000025**