**Address/Customer Information**

VALERY KATSNELSON
VC1038868/99100
1120 N CHARLES ST
STE 300
BALTIMORE, MD 21201

Contact Name:
Contact Phone:

**Notice of Delinquency**

Print Date:   10/30/2023

## Notice Number: 1

Statement Number:   1007308094
Due Date:   10/27/2023

**Remittance Information**

DEPARTMENT OF STATE
ACCOUNTS RECEIVABLE BRANCH
PO BOX 979005
ST LOUIS, MO 63197-9000

**Contact Us**

Phone Number:
Fax Number:
Email Address:

**Account Summary**

| Principal | Interest | Penalty | Admin Charges | Total Billed | Payments/ Discounts Received | Other | Outstanding Amount Due |
|---|---|---|---|---|---|---|---|
| $5,951.17 | $0.00 | $0.00 | $0.00 | $5,951.17 | $0.00 | $0.00 | $5,951.17 |

Your current debt with The Department of State for a Repatriation Loan is past due and must be paid immediately. If full payment is not received within 30 days from the due date, interest and a $50.00 administrative charge for processing and handling will be assessed. If this account becomes 90 days past due then you will also be assessed penalties on the unpaid balance. Reimbursement to the Department for these Repatriation costs may be paid by debit or credit card through Pay.gov. Visit https://www.pay.gov and search REPAT to make your payment online. You may also make payment by credit or debit card using the enclosed form. If you would like to pay by check or money order, please make payable to the Department of State and mail to Accounts Receivable Branch, P.O. Box 979005, St. Louis, MO 63197-9000. Please include this notice with your payment. If you are not able to pay the amount in full, you have the option to enter into an Installment Agreement. Please contact Accounts Receivable at 1-800-521-2116 for additional information. Once a debt has been delinquent for 90 days, the debt will be referred to the Department of Treasury for collection and they may collect the debt via administrative offset of federal payments (e.g. tax returns, social security), referral to a private collection agency, referral to credit bureaus, through administrative wage garnishment and/or through other actions permitted by law. Pursuant to 22 CFR 34.9, you have the right to request an internal administrative review with respect to the existence of the debt or the amount of the debt. Requests for reviews should be submitted to the attention of: The Comptroller via either email at DoSDebtReviewsEvacs@state.gov or by mail at Global Financial Service Center, 2010 Bainbridge Avenue, North Charleston, SC 29405. Please include a copy of this notice with your request, along with any other relevant documentation. Once the Office of the Comptroller acknowledges receipt of your request, all collection activity on this debt, including the accrual of interest, penalties, and costs, will be suspended while your request is pending. If you have questions, please visit https://cgfsaccountsreceivablebranch.state.gov. Additionally, you can contact the Department of State's Accounts Receivable Branch by phone at 1-800-521-2116 during regular business hours of 7:30am - 4:00pm or by email FMPARD@state.gov. Written correspondence relating to this debt may be sent to: Department of State, Accounts Receivable Branch, Global Financial Services, 2010 Bainbridge Avenue North Charleston, SC 29405.

**000026**

**Address/Customer Information**

VALERY KATSNELSON
VC1038868/99100
1120 N CHARLES ST
STE 300
BALTIMORE, MD 21201

Contact Name:
Contact Phone:

## Notice of Delinquency

Print Date:   11/29/2023

## Notice Number: 2

Statement Number:   1007308094
Due Date:   10/27/2023

**Remittance Information**

DEPARTMENT OF STATE
ACCOUNTS RECEIVABLE BRANCH
PO BOX 979005
ST LOUIS, MO 63197-9000

**Contact Us**

Phone Number:
Fax Number:
Email Address:

**Account Summary**

| Principal | Interest | Penalty | Admin Charges | Total Billed | Payments/ Discounts Received | Other | Outstanding Amount Due |
|---|---|---|---|---|---|---|---|
| $5,951.17 | $4.96 | $0.00 | $50.00 | $6,006.13 | $0.00 | $0.00 | $6,006.13 |

**Last Notice Date**
10/30/2023

Your current debt with The Department of State for your Repatriation is past due and must be paid immediately. Since this account was not paid in full within 30 days from the due date, interest and a $50.00 administrative charge for processing and handling have been assessed. If this account becomes 90 days past due, then you will also be assessed penalties on the unpaid balance. Reimbursement to the Department for these evacuation costs may be paid by debit or credit card through Pay.gov. Visit https://www.pay.gov and search REPAT to make your payment online. You may also make payment by credit or debit card using the enclosed form. Your check or money order should be made payable to the Department of State, and forwarded to Accounts Receivable Branch, P.O. Box 979005, St. Louis, MO 63197-9000. Please include this notice with your payment. If you are not able to pay the full amount you have the option to enter into an Installment Agreement. Please contact Accounts Receivable at 1-800-521-2116 for additional information. Once a debt has been delinquent for 90 days, the debt will be referred to the Department of Treasury for collection and they may collect the debt via administrative offset of federal payments (e.g. tax returns, social security), referral to a private collection agency, referral to credit bureaus, through administrative wage garnishment and/or through other actions permitted by law. If you have questions, please visit https://cgfsaccountsreceivablebranch.state.gov. Additionally, you can contact the Department of State's Accounts Receivable Branch by phone at 1-800-521-2116 during regular business hours of 7:30am - 4:00pm or by email FMPARD@state.gov. Written correspondence relating to this debt may be sent to: Department of State, Accounts Receivable Branch, Global Financial Services, 2010 Bainbridge Avenue North Charleston, SC 29405.

**000027**

U.S. Department of State

OMB Control No. 1405-0004
Expiration Date: 04/30/2025
Estimated Burden: 85 Minutes

# APPLICATION FOR A U.S. PASSPORT

NOT ISSUED

*Use **black ink** only. If you make an error, complete a new form. Do not correct.*

**Select document(s) for which you are submitting fees:**

[X] U.S. Passport Book    [ ] U.S. Passport Card    [ ] Both
The U.S. passport card is **not** valid for international air travel. See Instruction Page 3
[X] Regular Book (Standard)    [ ] Large Book (Non-Standard)
The large book is for frequent international travelers who need more visa pages.

621274998

**1. Name** Last
WEISE

[ ] D  [ ] O  [ ] S  [ ] NFR
End. # _____    Exp. _____

First
WOLFGANG    Middle

**2. Date of Birth** *(mm/dd/yyyy)*
[redacted] 1951

**3. Gender (Read Instruction Page 1)** M [X] F [ ] X [ ] Changing gender marker? Yes [ ]

**4. Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known.)*
KHABAROVSK RUSSIA

**5. Social Security Number**
[redacted] 7502

**6. Email** *(See application status at passportstatus.state.gov)*
wwweise1951@gmail.com

**7. Primary Contact Phone Number**
346 857 5667

see NPIC

**8. Mailing Address Line 1:** Street/RFD#, P.O. Box, or URB
450 LEXINGTON AVE 2 FLOOR P.O. BOX 3172

**Address Line 2:** *(Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" of the parent. Example: In Care Of - Jane Doe)*
450 LEXINGTON AVE 2 FLOOR P.O. BOX 3172

**City**
New York

**State**
NY

**Zip Code**
90017

**Country,** *(if outside the United States)*

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*
A. Valery Katsnelson
B. N/A

## STOP! CONTINUE TO PAGE 2

**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (if identifying minor)**

[ ] Driver's License  [ ] State Issued ID Card  [ ] Passport  [ ] Military  [ ] Other _____

Name Katsnelson Valery

Issue Date *(mm/dd/yyyy)* 06 20 2016    Exp. Date *(mm/dd/yyyy)* [redacted] 2021    State of Issuance CA

ID No 61721 89 46    Country of Issuance USA

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (if identifying minor)**

[ ] Driver's License  [ ] State Issued ID Card  [ ] Passport  [ ] Military  [ ] Other _____

Name

Issue Date *(mm/dd/yyyy)*    Exp. Date *(mm/dd/yyyy)*    State of Issuance

ID No    Country of Issuance

[ ] Acceptance Agent  [ ] (Vice) Consul USA
[ ] Staff Agent

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

Date [handwritten]    X _____ Applicant's Legal Signature - age 16 and older

Signature of person authorized to accept applications

By signing this form, I certify that I have provided the verbal oath and witnessed the applicant's/legal guardian's signature.

[redacted]
Agent ID Number

X _____ Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

110153
Facility ID Number

X _____ Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Print Facility Name/Location
Grand Central Station
New York, NY 10017

Name of courier company *(if applicable)*

For Issuing Office Only → Bk 130  Card _____  EF 60  Postage _____  Execution _____  Other _____

DS 11

DS-11 04-2022    000028

Page 1 of 2

**Name of Applicant** (Last, First, & Middle)
Weise Wolfgang

**Date of Birth** (mm/dd/yyyy)
█████ /1951

**10. Parental Information**
Mother/Father/Parent - First & Middle Name (at Parent's Birth)
michael

Last Name (at Parent's Birth)
Katsnelson

Date of Birth (mm/dd/yyyy)
█████ /1915

Place of Birth (City & State if in the U.S. or City & Country as it is presently known)
Bobruisk, Russia

Gender: ☒ M ☐ F ☐ X
U.S. Citizen? ☐ Yes ☒ No

Mother/Father/Parent - First & Middle Name (at Parent's Birth)
Lubov

Last Name (at Parent's Birth)
Domnitz

Date of Birth (mm/dd/yyyy)
█████ /1922

Place of Birth (City & State if in the U.S. or City & Country as it is presently known)
Bobruisk, Russia

Gender: ☐ M ☒ F ☐ X
U.S. Citizen? ☐ Yes ☒ No

**11. Have you ever been married?** ☐ Yes ☒ No  If yes, complete the remaining items in #11.

Full Name of Current Spouse or Most Recent Spouse (Last, First & Middle)

Date of Birth (mm/dd/yyyy)

Place of Birth

U.S. Citizen? ☐ Yes ☐ No
Date of Marriage (mm/dd/yyyy)

Have you ever been widowed or divorced? ☐ Yes ☐ No
Widow/Divorce Date (mm/dd/yyyy)

**12. Additional Contact Phone Number**
N/A  ☐ Home ☐ Work ☐ Cell

**13. Occupation** (if age 16 or older)
machine operator

**14. Employer or School** (if applicable)
Dexo Chemical

**15. Height** 5-09
**16. Hair Color** Brown
**17. Eye Color** Blue

**18. Travel Plans** (If no travel plans, please write "none")
Departure Date (mm/dd/yyyy): N/A
Return Date (mm/dd/yyyy): N/A
Countries to be Visited: N/A

**19. Permanent Address** (Complete if P.O. Box is listed under Mailing Address or if residence is different from Mailing Address. **Do not list a P.O. Box.**)
Street/RFD # or URB
450 Lexington Ave 2 floor P.O. Box 3172
Apartment/Unit

City: New York
State: NY
Zip Code: 10017

**20. Your Emergency Contact** (Provide the information of a person not traveling with you to be contacted in the event of an emergency.)
Name: Anjey Lipinsky
Address: Street/RFD # or P.O. Box: 400 E. 30 street
Apartment/Unit

City: New York
State: NY
Zip Code: 10016
Phone Number: 646-542-7617
Relationship: case worker

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ☒ Yes ☐ No  If yes, complete the remaining items in #21.

Name as printed on your most recent passport book: CWSP
Katsnelson Valery  5/11/23
Most recent passport book number: 550451785
Most recent passport book issue date (mm/dd/yyyy): 08/18/2016

Status of your most recent passport book: ☐ Submitting with application ☐ Stolen ☒ Lost ☐ In my possession (if expired)

Name as printed on your most recent passport card: N/A
Most recent passport card number: N/A
Most recent passport card issue date (mm/dd/yyyy): N/A

Status of your most recent passport card: ☐ Submitting with application ☐ Stolen ☐ Lost ☐ In my possession (if expired)

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence  VALERY KATSNELSON

☐ Birth Certificate  SR  CR  City  Filed:  Issued:  ☐ Sole Parent

☒ Nat. / Citz. Cert.  USCIS  USDC  Date/Place Acquired: DENVER  CO  A# 26564637

☐ Report of Birth  Filed/Place:

☐ Passport  C/R  S/R  See #21  #/DOI:  10/7/86, Iss: 5/9/03  # NC-001963-73/M  6/9/23

☒ Other: C/O New York City NY, To: Wolfgang Weise from Valery Katsnelson, Temp ID card in prev name

☒ Attached: Pic DL expired, TEMP ID card in prev name
Pic C/O NIC, Hools Email (indestechess) no payments  Personel stmt

☐ P/C of Citz  ☐ of ID  ☐ DS-71  ☐ DS-3053  ☒ DS-64  ☐ DS-5520  ☐ DS-5525  ☐ PAW  ☒ NPIC  ☒ IRL  ☐ Citz W/S

DS 11 A 03 2022 2
000029

DS-11 04-2022

**U.S. Department of State**

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0014
OMB EXPIRATION DATE: 11-30-2021
ESTIMATED BURDEN: 5 Minutes

## STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

### IMPORTANT NOTICE

A U.S. national may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it for cancellation to the Consular Lost and Stolen Passport Unit (CLASP). See page one of this form for contact information.

Please select the document (or documents) that you are reporting and its status.

**U.S. Passport Book**  ☒ Lost  ☐ Stolen

**U.S. Passport Card**  ☐ Lost  ☐ Stolen

### 1. IDENTIFYING INFORMATION OF PASSPORT HOLDER: Type or print legibly in black ink in white areas only.

Last Name: *Katsnelson*
First Name: *Valery*
Middle Name: *N/A*

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.
*No*

Sex: ☐ Female  ☒ Male
Date of Birth (mm-dd-yyyy): ▮▮▮-1951
Place of Birth (City & State if in U.S. or City & Country): *Khabarovsk, Russia*
Social Security Number: ▮▮▮-7502

Current Address (Street, City, State, and ZIP Code or Country, if outside the U.S.)
*400 E. 30 street, New York, NY, 10016*

Telephone Number: *(346) - 857 - 5667*
Alternative Telephone Number: *( ) N/A*
E-mail Address:

### 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☒ Yes  ☐ No

Explain how your U.S. passport book/card was lost or stolen.
*I put my passport in some unappropriate place to save him and forgot where I left him. As result I lost passport.*

Explain where the loss or theft occurred. Provide the address, if known (City and State, if in the U.S., or City and Country as it is presently known)
*on my old location. in Denver, Colorado.*

On what date was your U.S. passport book/card lost or stolen (mm-dd-yyyy)? If unknown, when was the last time you remember it being in your possession?
*5-6 month age.*

List your lost or stolen U.S. Passport **Book**, if known:
Number: *550951785*  Issue Date (mm/dd/yyyy): *Aug 17, 2016*

List your lost or stolen U.S. Passport **Card**, if known:
Number: *N/A*  Issue Date (mm/dd/yyyy):

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes  ☒ No

If yes, how many passports? *N/A*  Approximate date(s)? *N/A*  Did you file a police report? ☐ Yes  ☒ No
*(If yes and the report is available, please submit a copy.)*

### 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) that I have read and understood the warning on page one of this form; 2) the information provided herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) if I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy or U.S. consulate, if abroad, and I will not attempt to use it.

_____
Legal Signature - age 16 or older or Parent/Guardian if under age 16

Date (mm/dd/yyyy): *Dec. 20, 2023*

*N/A*
Legal Signature - Parent/Guardian if under age 16

Date (mm/dd/yyyy): *N/A*

**Both parents or guardians of a child younger than 16 years old must sign and provide photocopy of ID when submitting this form** on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

DS-64  07-2018

000030
Page 2 of 2



pages with data.

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 12564774

I N S Registration No. A26 564 633

Personal description of holder as of date of issuance of this certificate: Date of birth _____ 1951 ; sex MALE; complexion ***** ; color of eyes ***** ; color of hair ***** ; height 5 feet 9 inches; weight ***** pounds; visible distinctive marks _____ ; Marital status SINGLE ; Country of former nationality USSR

*Valery Katsnelson*
(Complete and true signature of holder)

Be it known that VALERY KATSNELSON, residing at DENVER, COLORADO, having applied to the Commissioner of Immigration and Naturalization for a Certificate of Naturalization and having proved to the satisfaction of the Commissioner that (s) he Was naturalized by the United States District Court at DENVER, COLORADO on OCTOBER 7, 1988

Now Therefore, in pursuance of the authority contained in Section 3431 (1) a of the Immigration and Nationality Act, this Certificate of Naturalization is issued this NINTH day of MAY TWO THOUSAND THREE and the seal of the Department of Justice affixed pursuant to statute.

Seal

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

984920

COMMISSIONER OF IMMIGRATION AND NATURALIZATION

## DEPARTMENT OF JUSTICE

FORM N-570 (REV. 11-1-87)

000032

**Civil Court of the City of New York**
County of New York
111 Centre Street, New York, NY 10013

Index Number: NC-001963-23/NY

In the Matter of the Application of
**VALERY KATSNELSON**
For Leave to Change Their Name To
**WOLFGANG WEISE**

**AMENDED
ORDER GRANTING
NAME CHANGE**

Upon the application for a Name Change by the Petitioner(s), verified on June 9, 2023, and the court being satisfied that the petition is true, and that there is no reasonable objection to the change(s) proposed, it is hereby **ORDERED** that,

The individual currently known as (First) **VALERY** (Last) **KATSNELSON** who was born on ▮▮▮▮ 1951 at/in KHABAROVSK, RUSSIA, with CERTIFICATE OF NATURALIZATION NO. 12564774 as proof of birth, since no birth certificate is available, is authorized to assume the name of (First) **WOLFGANG** (Last) **WEISE** in place of their present name, and shall be known by no other name.

It is further **ORDERED** that this Order be entered and the papers on which it was granted be filed in the office of the Clerk of the Civil Court of the City of New York, County of New York, and that the authorizations contained herein are contingent upon full compliance with the provisions and directives of this Order.

Dated: **8/21/23**

Signed: _____

Hon. Shahzeeb Asim A. Ali, AJSC
Supervising Judge
New York County Civil Court

Civil Court of the City of New York
111 Centre Street
New York, NY 10013
================================

Register #: N2      Receipt No.:      9367

Index Number: 1963 NNC 2023
   WEISE

FEE: $.00 Waived      August 21, 2023

Certification Of A Document

I, Alia Razzaq, Chief Clerk, do
hereby certify that I have compared the
attached copy with the original document
on file in my office and that it is a
correct and complete transcript of the
original.

**CHIEF CLERK**

No. of Pages: ___1___   by: _____

WCR  08-21-23 SB  15:52
KEEP THIS RECEIPT WITH YOUR COURT PAPERS

State of New York  } ss
County of New York }

   ALIA A. RAZZAQ, First Deputy Chief Clerk of the Civil Court of the City of New York, DO HEREBY CERTIFY THAT the provisions of the foregoing order for change of name, have been complied with.
   IN WITNESS WHEREOF, I have hereunto set my hand this 21st day of August 2023

First Deputy Chief Clerk of the Civil Court
of the City of New York

**000033**

NYS Department of Motor Vehicles
Visit us at dmv.ny.gov

CUSTOMER RECEIPT
INTERIM ID CARD
**IDENTIFICATION CARD**

KATSNELSON                    Class        *ID*
VALERY                        DOB ████████51M
PK683362 DEC 20 2023 NAD      6.50 PPZ241

KATSNELSON
VALERY
400 E 30TH ST
NEW YORK        NY 10016

YOU HAVE DECLINED TO REGISTER TO VOTE/ALREADY
REGISTERED/OR DO NOT WANT TO NOTIFY THE BOARD
OF ELECTIONS OF ANY CHANGE.

MV-1 (12/20) **PART 1**

PK 683362

---

NYS Department of Motor Vehicles

INTERIM ID CARD
746840282
**IDENTIFICATION CARD**
PK683362 DEC 20 2023
NAD Fee   6.50 PPZ241



Visit us at dmv.ny.gov

PK 683362

(FOLD ALONG THIS LINE)

NYS Department of Motor Vehicles

INTERIM ID CARD
746840282

Class  ID     Restrictions  NON-DRIV
Endorsements  NONE
Status terminates on  ████████/34
Probation Date  NONE
This document expires on  02/18/24
KATSNELSON
VALERY
400 E 30TH ST
NEW YORK          NY 10016
Sex  M     Eyes  BL      Ht.  5 9
Birthdate  ████████/51
Additional Restrictions  NONE
**Not for Federal Purposes**

Sign X_____
Here   Keep this document until you receive your Photo Document
                          MV-1 (12/20) **PART 2**

**000034**



000035



000036

U.S. Department of State

OMB APPROVAL NO. 1405-0150
Expires: 12-31-2022
ESTIMATED BURDEN: 20 MINUTES

# REPATRIATION / EMERGENCY MEDICAL AND DIETARY ASSISTANCE LOAN APPLICATION

**PART 1 - APPLICATION TO BE COMPLETED BY EACH ADULT APPLICANT REGARDLESS OF NATIONALITY**

| 1. Last Name (Print Clearly) | 2. First Name | 3. Middle Name |
|---|---|---|
| Katsnelson | Valery | |

| 4. Social Security Number | 5. Date of Birth (mm-dd-yyyy) | 6. Place of Birth | 7. Identity Document | 8. Sex |
|---|---|---|---|---|
| | ▮-1951 | Russia, USSR | Issuing Country _____ [X] Passport No. 550951785 OR [ ] National ID No. | [X] Male [ ] Female |

9. Current lodging where you may be contacted now.
Akrestsina detention center in Minsk

10. Phone number where you may be contacted now.

11. E-mail address where you may be contacted now.

12. Medical condition, current injuries, or limited mobility relevant to evacuation.

13. Verifiable Billing Address at Final Destination in United States or other Permanent Address (Not a Post Office Box)

14. Address Line 1    To be determined

15. Address Line 2

| 16. City | 17. State/Province | 18. Country |
|---|---|---|
| New York | NY | USA |

| 19. Postal Code | 20. Telephone Number (Include Country/City Codes) | 21. E-mail Address |
|---|---|---|
| | | |

**22. Emergency Contact (Do not list someone traveling with you)**

| 23. Last Name (Print Clearly) | 24. First Name |
|---|---|
| Patent | Larisa |

25. Address Line 1

26. Address Line 2

| 27. City | 28. State/Province | 29. Country |
|---|---|---|
| Denver | CO | USA |

| 30. Postal Code | 31. Telephone Number (Include Country/City Codes) | 32. E-mail Address |
|---|---|---|
| | 303-337-0422 | |

33. Relationship to you
Sister

**34. Minor Children or Incapacitated/Incompetent Adults to be Repatriated or to Receive Emergency Medical and Dietary Assistance, list below.**
[ ] Check here if none

| 35. Last Name (Print Clearly) | 36. First Name | 37. Middle Name |
|---|---|---|
| | | |

| 38. Social Security Number | 39. Date of Birth (mm-dd-yyyy) | 40. Place of Birth | 41. Identity Document | 42. Sex | 43. This Person is My |
|---|---|---|---|---|---|
| | | | Issuing Country _____ [ ] Passport No. _____ OR [ ] National ID No. | [ ] Male [ ] Female | |

| 44. Last Name (Print Clearly) | 45. First Name | 46. Middle Name |
|---|---|---|
| | | |

| 47. Social Security Number | 48. Date of Birth (mm-dd-yyyy) | 49. Place of Birth | 50. Identity Document | 51. Sex | 52. This Person is My |
|---|---|---|---|---|---|
| | | | Issuing Country _____ [ ] Passport No. _____ OR [ ] National ID No. | [ ] Male [ ] Female | |

000037

DS-3072

Identity Document Number from Line 7

| Name (Print Clearly) | 54. First Name | 55. Middle Name |
|---|---|---|
| | | |

| Social Security Number | 57. Date of Birth (mm-dd-yyyy) | 58. Place of Birth | 59. Identity Document Issuing Country ___ ☐ Passport No. ___ OR ☐ National ID No. ___ | 60. Sex ☐ Male ☐ Female | 61. This Person is My |
|---|---|---|---|---|---|
| | | | | | |

| 62. Last Name (Print Clearly) | 63. First Name | 64. Middle Name |
|---|---|---|
| | | |

| 65. Social Security Number | 66. Date of Birth (mm-dd-yyyy) | 67. Place of Birth | 68. Identity Document Issuing Country ___ ☐ Passport No. ___ OR ☐ National ID No. ___ | 69. Sex ☐ Male ☐ Female | 70. This Person is My |
|---|---|---|---|---|---|
| | | | | | |

| 71. Last Name (Print Clearly) | 72. First Name | 73. Middle Name |
|---|---|---|
| | | |

| 74. Social Security Number | 75. Date of Birth (mm-dd-yyyy) | 76. Place of Birth | 77. Identity Document Issuing Country ___ ☐ Passport No. ___ OR ☐ National ID No. ___ | 78. Sex ☐ Male ☐ Female | 79. This Person is My |
|---|---|---|---|---|---|
| | | | | | |

| 80. Last Name (Print Clearly) | 81. First Name | 82. Middle Name |
|---|---|---|
| | | |

| 83. Social Security Number | 84. Date of Birth (mm-dd-yyyy) | 85. Place of Birth | 86. Identity Document Issuing Country ___ ☐ Passport No. ___ OR ☐ National ID No. ___ | 87. Sex ☐ Male ☐ Female | 88. This Person is My: |
|---|---|---|---|---|---|
| | | | | | |

**89. PART 2 - Promissory Note and Repayment Agreement**

1. I promise to repay the U.S. Government in U.S. dollars or the foreign currency equivalent, within 30 days of initial billing, and if not repaid within 60 days of initial billing at an interest rate established in accordance with Federal law, for Emergency, Medical and Dietary Assistance or Repatriation loans. This loan is in addition to any other U.S. Government loans received for other purposes. I will keep the Department of State's Accounts Receivable Branch informed of my address(es) until I repay my loan in full. If I am unable to pay this loan in full, the Department of State may, at its discretion and upon my request, forward to me an installment agreement containing an installment plan for repayment of my loan.

2. I understand that:

   (a) My obligation to repay my loan will not be considered paid in full until it clears through the account of the Treasurer of the United States.
   (b) Until I have paid my loan in full, I and all listed U.S. citizen family members will only be eligible for a limited validity U.S. passport.
   (c) If my loan is in default, I and all U.S. citizen listed family members will not be eligible for limited validity U.S. passports.
   (d) My loan will be subject to interest, penalties, and other charges for late payment as directed by law and regulation.
   (e) I will be liable to pay any costs for collection.

3. I will include my name, date of birth, place of birth, and Social Security number with all correspondence, payments, and questions. I will make payment to the Department of State, Accounts Receivable by credit/debit card, check or money order payable to Accounts Receivable Branch, PO Box 979005, St. Louis, MO 63197-9000. Send questions by mail or courier (DHL, FedEx, UPS, etc.) to: Accounts Receivable Branch, Comptroller and Global Financial Services, Department of State, 2010 Bainbridge Ave., North Charleston, SC 29405. To make inquiries by telephone. From the U.S. or Canada, call 1-800-521-2116 or internationally, call 843-746-0592. To make inquires by email, contact FMPARD@state.gov)

4. I understand that assistance requested from the Department of Health and Human Services (HHS) will be provided based on availability upon arrival in the United States. In addition, reception and resettlement assistance provided by HHS is in the form of a loan which has to be paid back to the U.S. Government.

**90. Signature Block for Applicant**

I hereby accept the foregoing terms and conditions of repayment for myself and persons listed.

| 91. Full Name Printed | Valery Katsnelson | |
|---|---|---|
| 92. Signature | | 93. Date (mm-dd-yyyy) 12-27-2022 |

Page 2 of 3

000038