Identity Document Number from Line 7

## AUTHORIZATION FOR RELEASE OF INFORMATION UNDER THE PRIVACY ACT

The Privacy Act authorization is optional and will not affect the Department of State's processing of your loan application.

I authorize the Department of State, including U.S. diplomatic and consular missions, to release information about me and persons listed to: (Please place a check in the following boxes for the people to whom you authorize information to be released.) ☐ family, ☐ friends, ☐ individual members of congress, ☐ members of the press, ☐ and the general public.

95. Signature _____  96. Date  (mm-dd-yyyy) _____

97. I authorize the Department of State to provide information to the U.S. Department of Health and Human Services (HHS) (Repatriation Program) and/or its partners and grantees with information to assist in my/our resettlement if needed.

98. Signature _____  99. Date  (mm-dd-yyyy) 12-27-2022

100. If form is signed before Notary Public in the United States for benefit of unaccompanied minor child or incapacitated or incompetent adult abroad.

State of _____ County of _____ On _____ , before me _____
Date  (mm-dd-yyyy)  (Notary)

Personally appeared, _____ Notary Public for My Commission Expires _____
(Signer)

### PART 3 - CONSULAR NOTES - For Official Use Only

☐ No Signature of Loan Recipient - Minor
☐ No Signature of Loan Recipient - Incapacitated/Incompetent Adult
☐ Loan Includes Temporary Subsistence

☐ No Social Security Number
☒ Escort (No Familial Relationship)
☐ Other (Please Explain)

If applicable, list U.S. citizen associated with Third Country National/Host Country National, accompanying spouse or partner, or escort of primary applicant.

| Name of the U.S. Citizen | Date of Birth | Place of Birth | Social Security Number |
|---|---|---|---|
| | | | |

Repatriation to United States or Emergency Medical or Dietary Assistance Abroad (EMDA) Loan Amount

| Amount in Foreign Currency | Amount in U.S. Currency $6,000 |
|---|---|

The above total includes U.S. Dollars currency for subsistence for the following dates: _____ and U.S. Dollars currency for Repatriation/Emergency Medical and Dietary Assistance.

From (mm-dd-yyyy) _____ To (mm-dd-yyyy) _____

### PART 4 - CONSULAR OFFICER SIGNATURE AND CERTIFICATION

The undersigned consular officer approves the loan specified above.

_____  U.S. Embassy Vilnius
Signature of Consular Officer    Name of Post

_____  12-27-2022
Typed or Printed Name of Consular Officer    Date  (mm-dd-yyyy)

Consul    **SEAL**
Title of Consular Officer

### PRIVACY ACT AND PAPERWORK REDUCTION ACT STATEMENT

AUTHORITY: The information on this form is requested under the authority of 22 U.S.C. §§ 2670, 2671 and E.O. 9397, as amended.

PURPOSE: The principal purpose of the information gathered is to provide an accurate list of U.S. citizens and non-U.S. citizens receiving repatriation/emergency medical and dietary assistance in foreign countries.

ROUTINE USES: The information solicited on this form may be made available to other government agencies to assist the U.S. Department of State in processing repatriation/emergency medical and dietary assistance documentation and related services, law enforcement and administrative purposes. More information on the Routine Uses for the system can be found in System of Records Notice, State-05, Overseas Citizens Services Records and the Prefatory Statement of Routine Uses published in the Federal Register.

DISCLOSURE: Furnishing the requested information is voluntary, but failure to provide it may result in delays in reviewing the application or in an inability to provide the requested assistance.

### PAPERWORK REDUCTION ACT (PRA) STATEMENT

Public reporting burden for this collection of information is estimated to average 20 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1707.



# Electronic Ticket Itinerary Receipt

Reservation Number    **RJFOGV**

| Passenger | Ticket number | Cost |
|---|---|---|
| KATSNELSON/VALERY | 628 2476781968 | EUR 361 |

Additional options for online check-in, preferable seating or meal for charge, baggage and loyalty program you can find on the airline website.

| From | To | Flight | Class | Date | Departure time | Fare basis & | Status codes | Valid for | Baggage allow. |
|---|---|---|---|---|---|---|---|---|---|
| MINSK | ISTANBUL | B2 785 | K | 04JAN | 09:05 | KSMT1 | OK | 04JAN04JAN | 1PC |

| Ticket restrictions and endorsement | Place of Issue | Date of issue | Agent | Total |
|---|---|---|---|---|
| | TEAMAVIA 62 39158 2 | 30DEC22 | VE | **EUR 361** |
| Form of payment | **30DEC22** | | | |
| Invoice | MINSK/BELARUS для квитанций билетов | | | |



SENSITIVE BUT UNCLASSIFIED

000040

NOTICE.  If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and in respects of loss of or damage to baggage. See also notices headed "Advice to International Passengers on Limitation of Liability" and "Notice of Baggage Liability Limitations".

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtain from the issuing carrier or carrier indicated in the "carrier" box in the electronic ticket (passenger itinerary/ receipt).

------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

 Passenger Ticket and baggage check or this itinerary/receipt of  "electronic ticket"  is a document certifying the contract for the passenger and baggage carriage concluded between the passenger and the carrier. This passenger ticket is valid for the air transportation on the territory of Belarus and international carriage.

ATTENTION

If you break your journey for more than 72 hours at any point please reconfirm your intention of using your continuing or return  reservation.

To do so, please inform the airline office at the point where you intend to resume your journey at least 72 hours before departure of your flight.

CHECK-IN  TIME

The check-in of passengers and their luggage for a flight begins 2 hours and finishes 40 minutes prior to the time of departure shown in the ticket. If you have not reported for check-in by the fixed time, the carrier may dispose otherwise of your seat.

CONDITIONS OF CONTRACT

1.As used in this contract "ticket" means this passenger ticket and baggage check, or this itinerary/receipt if applicable, in the case of an electronic ticket, of which these conditions and the notices form part, "carriage" is equivalent to "transportation", "carrier" means all air carriers that carry or undertake to carry the passenger or his  baggage  hereunder  or  perform  any  other service incidental to such air carriage, "electronic ticket" means the Itinerary/Receipt issued by or on behalf of Carrier, the Electronic Coupons and, if applicable, a boarding document. "WARSAW CONVENTION" means the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, 12th October 1929, or that Convention as amended at The Hague, 28th September 1955, whichever may be applicable.

2.Carriage hereunder is subject to the rules and limitations relating to liability established by the Warsaw Convention unless such carriage is not "international carriage" as defined by that Convention.

3.To the extent not in conflict with the foregoing carriage and other services performed by each carrier are subject to: (i) provisions contained in the ticket, (ii) applicable tariffs, (iii) carrier's conditions of carriage and related regulations which are made part hereof (and are available on application at the offices of carrier), except in transportation between a place in the United States or Canada and any place outside thereof to which tariffs in force in those countries apply.

4.Carrier's name may be abbreviated in the ticket, the full name and its abbreviation being set forth in carrier's tariffs, conditions of carriage, regulations or timetables; carrier's address shall be the airport of departure shown opposite the first abbreviation of carrier's name in the ticket; the agreed stopping places are those places set forth in this ticket or as shown in carrier's timetables as scheduled stopping places on the passenger's route; carriage to be performed hereunder by several successive carriers is regarded as a single operation.

5.An air carrier issuing a ticket for carriage over the lines of another air carrier does so only as its Agent.

6.Any exclusion or limitation of liability of carrier shall apply to and be for the benefit of agents, servants and representatives of carrier and any person whose aircraft is used by carrier for carriage and its agents, servants and representatives.

7.Checked baggage will be delivered to bearer of the baggage check. In case of damage to baggage moving- in international transportation complaint must be made in writing to carrier forthwith after discovery of damage and, at the latest, within seven days from receipt; in case of delay, complaint must be made within 21 days from date the baggage was delivered. See tariffs or conditions of carnage regarding non-international transportation.

8.This ticket is good for carriage for one year from date of issue, except as otherwise provided in this ticket, in carrier's tariffs, conditions of carriage, or related regulations. The fare for carriage hereunder is subject to change prior to commencement of carriage. Carrier may refuse transportation If the applicable fare has not been paid.

9.Carrier undertakes to use its best efforts to carry the passenger and baggage with reasonable dispatch. Times shown in timetables or elsewhere are not guaranteed and form no part of this contract. Carrier may without notice substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the ticket in case of necessity. Schedules are subject to change without notice. Carrier assumes no responsibility for making connections.

10.Passenger shall comply with Government travel requirements, present exit, entry and other required documents and arrive at airport by time fixed by carrier or, if no time is fixed, early enough to complete departure procedures.

11.No agent, servant or representative of carrier has authority to alter, modify or waive any provision of this contract.

DENIED BOARDING BY OVERBOOKING

In those countries where Denied Boarding Compensation regulations are  in force, carriers operate compensation plans for passengers with confirmed reservations who are denied boarding  because of non-availability of seats caused by overbooking. Details of these plans are available at the airlines' offices.

In order to minimize the effect of "no shows" and to permit seats to be used by passengers who otherwise would not be able to travel on a chosen flight, carriers may overbook flights.

NOTICE OF GOVERNMENT IMPOSED TAXES, FEES AND CHARGES

The price of this ticket may include taxes, fees and charges which are imposed on air transportation by government authorities. These taxes, fees and charges, which may represent a significant portion of the cost of air travel, are either included in the fare, or shown separately in the "TAX/FEE/CHARGES" box(es) of this ticket. You may also be required to pay taxes, fees and charges not already collected.

SENSITIVE BUT UNCLASSIFIED

000041



# Electronic Ticket Itinerary Receipt

**Reservation Number**  **WF8D4Y**

| Passenger | Ticket number | Cost |
|---|---|---|
| KATSNELSON/VALERY | 235 1023385964 | EUR 1250 |

Additional options for online check-in, preferable seating or meal for charge, baggage and loyalty program you can find on the airline website.

| From | To | Flight | Class | Date | Departure time | Fare basis & | Status codes | Valid for | Baggage allow. |
|---|---|---|---|---|---|---|---|---|---|
| ISTANBUL | NEWARK | TK 0029 | Y | 04JAN | 19:10 | YLTOW | OK | | 2PC |

| Ticket restrictions and endorsement | Place of Issue | Date of issue | Agent | Total |
|---|---|---|---|---|
| NONEND/TK ONLY -BG:TK | TEAMAVIA 62 39158 2 | 30DEC22 | SV | **EUR 1250** |

**30DEC22**
MINSK/BELARUS
для квитанций билетов

**Form of payment**

Invoice

Check-in begins 3 hours and ends 1,5 hour before departure. On-line registration begins 24 hours before departure.



SENSITIVE BUT UNCLASSIFIED

NOTICE.  If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and in respects of loss of or damage to baggage. See also notices headed "Advice to International Passengers on Limitation of Liability" and "Notice of Baggage Liability Limitations".

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtain from the issuing carrier or carrier indicated in the "carrier" box in the electronic ticket (passenger itinerary/ receipt).

---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

 Passenger Ticket and baggage check or this itinerary/receipt of  "electronic ticket"  is a document certifying the contract for the passenger and baggage carriage concluded between the passenger and the carrier. This passenger ticket is valid for the air transportation on the territory of Belarus and international carriage.

ATTENTION

If you break your journey for more than 72 hours at any point please reconfirm your intention of using your continuing or return  reservation.

To do so, please inform the airline office at the point where you intend to resume your journey at least 72 hours before departure of your flight.

CHECK-IN  TIME

The check-in of passengers and their luggage for a flight begins 2 hours and finishes 40 minutes prior to the time of departure shown in the ticket. If you have not reported for check-in by the fixed time, the carrier may dispose otherwise of your seat.

CONDITIONS OF CONTRACT

1.As used in this contract "ticket" means this passenger ticket and baggage check, or this itinerary/receipt if applicable, in the case of an electronic ticket, of which these conditions and the notices form part, "carriage" is equivalent to "transportation", "carrier" means all air carriers that carry or undertake to carry the passenger or his  baggage  hereunder  or  perform  any  other service incidental to such air carriage, "electronic ticket" means the Itinerary/Receipt issued by or on behalf of Carrier, the Electronic Coupons and, if applicable, a boarding document. "WARSAW CONVENTION" means the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, 12th October 1929, or that Convention as amended at The Hague, 28th September 1955, whichever may be applicable.

2.Carriage hereunder is subject to the rules and limitations relating to liability established by the Warsaw Convention unless such carriage is not "international carriage" as defined by that Convention.

3.To the extent not in conflict with the foregoing carriage and other services performed by each carrier are subject to: (i) provisions contained in the ticket, (ii) applicable tariffs, (iii) carrier's conditions of carriage and related regulations which are made part hereof (and are available on application at the offices of carrier), except in transportation between a place in the United States or Canada and any place outside thereof to which tariffs in force in those countries apply.

4.Carrier's name may be abbreviated in the ticket, the full name and its abbreviation being set forth in carrier's tariffs, conditions of carriage, regulations or timetables; carrier's address shall be the airport of departure shown opposite the first abbreviation of carrier's name in the ticket; the agreed stopping places are those places set forth in this ticket or as shown in carrier's timetables as scheduled stopping places on the passenger's route; carriage to be performed hereunder by several successive carriers is regarded as a single operation.

5.An air carrier issuing a ticket for carriage over the lines of another air carrier does so only as its Agent.

6.Any exclusion or limitation of liability of carrier shall apply to and be for the benefit of agents, servants and representatives of carrier and any person whose aircraft is used by carrier for carriage and its agents, servants and representatives.

7.Checked baggage will be delivered to bearer of the baggage check. In case of damage to baggage moving- in international transportation complaint must be made in writing to carrier forthwith after discovery of damage and, at the latest, within seven days from receipt; in case of delay, complaint must be made within 21 days from date the baggage was delivered. See tariffs or conditions of carnage regarding non-international transportation.

8.This ticket is good for carriage for one year from date of issue, except as otherwise provided in this ticket, in carrier's tariffs, conditions of carriage, or related regulations. The fare for carriage hereunder is subject to change prior to commencement of carriage. Carrier may refuse transportation If the applicable fare has not been paid.

9.Carrier undertakes to use its best efforts to carry the passenger and baggage with reasonable dispatch. Times shown in timetables or elsewhere are not guaranteed and form no part of this contract. Carrier may without notice substitute alternate carriers or aircraft, and may alter or omit stopping places shown on the ticket in case of necessity. Schedules are subject to change without notice. Carrier assumes no responsibility for making connections.

10.Passenger shall comply with Government travel requirements, present exit, entry and other required documents and arrive at airport by time fixed by carrier or, if no time is fixed, early enough to complete departure procedures.

11.No agent, servant or representative of carrier has authority to alter, modify or waive any provision of this contract.

DENIED BOARDING BY OVERBOOKING

In those countries where Denied Boarding Compensation regulations are  in force, carriers operate compensation plans for passengers with confirmed reservations who are denied boarding  because of non-availability of seats caused by overbooking. Details of these plans are available at the airlines' offices.

In order to minimize the effect of "no shows" and to permit seats to be used by passengers who otherwise would not be able to travel on a chosen flight, carriers may overbook flights.

NOTICE OF GOVERNMENT IMPOSED TAXES, FEES AND CHARGES

The price of this ticket may include taxes, fees and charges which are imposed on air transportation by government authorities. These taxes, fees and charges, which may represent a significant portion of the cost of air travel, are either included in the fare, or shown separately in the "TAX/FEE/CHARGES" box(es) of this ticket. You may also be required to pay taxes, fees and charges not already collected.

SENSITIVE BUT UNCLASSIFIED

From:          SMART Core
Cc:

Subject:       (SBU/PII) Repatriation: Final Repatriation Report: VALERY KATSNELSON
Date:          Monday, January 9, 2023 9:06:02 AM
Attachments:   StateSeal.gif

**UNCLASSIFIED**

Privacy/PII

Info Office:            ACS_EUR, PRI, DIR, ACS_CRISIS_MGMT, OCS_PROTECTED,
                        ACS_EAP, CI_Abductions, Special_Assistant

MRN:                    23 BELARUS AFFAIRS UNIT VILNIUS 16
Date/DTG:               Jan 09, 2023 / 091404Z JAN 23
From:                   USOFFICE BELARUS AFFAIRS UNIT VILNIUS
Action:                 WASHDC, SECSTATE *ROUTINE*
E.O.:                   13526
TAGS:
Captions:
Pass Line:

Subject:                (SBU/PII) Repatriation: Final Repatriation Report: VALERY
                        KATSNELSON

1. (SBU/PII) Name: Valery KATSNELSON.

2. (SBU) Date and place of birth: ███████, 1951, Russia.

3. (SBU) Reason for Destitution: On August 22, 2022, Mr. Katsnelson requested Post's assistance with returning to the United States, noting he had exhausted his cash savings and was unable to access his U.S. pension from Belarus.  At the time, Mr. Katsnelson was unwilling to accept a

repatriation loan, and opted to stay at IOM-provided accommodations from approximately early August to late October.  From late October until his detention on November 10 for failing to maintain his registered residence, Mr. Katsnelson was living at Minsk's central train station.  On December 6, Mr. Katsnelson requested Post's assistance in applying for a repatriation loan to return to the United States.

4. (SBU) Total Expended: $5,951.17
       a. Authorized: $6,000;
       b. Returned: $48.83; and
       c. Fiscal Strip Data: FY 2023, APPR 19X4107, ALOT 2022, FUNC 0, OBLG 2022395325, OBJ 3323.

5. (SBU) Subsistence: $115.

6. (SBU) Travel: Valery Katsnelson and Escort ▮▮▮▮▮▮ $4,366.17.  Mr. Katsnelson and Mr. ▮▮▮ flew  Minsk – Istanbul – Newark on January 5, 2023.  Mr. ▮▮▮ returned Tampa – Frankfurt – Vilnius – Minsk on January 8, 2023, using a cost-constructed itinerary for New York – Istanbul – Minsk.

7. (SBU) Other Expenses:
- Cash for Mr. Katsnelson's immigration fine: $150.
- Two nights of lodging for escort (travel was over 16 hours): $318 ($159/night).
- M&IE for escort (travel was over 16 hours): $276.50 ( $59.25/day for first and last days, $79 for two other days).
- Fee for Escort: $725.50.

8. (SBU/PII) Final Action: Mr. Katsnelson returned to the United States on January 4, 2023 on Belavia Airlines B2 785 from Minsk to Istanbul and Turkish Airlines TK 0029 from Istanbul to Newark, NJ.  Per instruction from NY HHS, via ISS-USA, Mr. Katsnelson and Mr. ▮▮▮ then took a taxi from Newark, NJ to the Quality Inn JFK (153-95 Rockaway Blvd, Queens, NY 11434) for overnight stay to facilitate reception of Mr. Katsnelson next day (January 5, 2023).

9. (SBU/PII) Social Security Number: ▮▮▮▮-7502.

10. (SBU/PII) Verified U.S. Billing Address:  International Social Service, USA / ATTN: ISS-USA Case #42388, 1120 N Charles St, Suite 300, Baltimore, MD 21201.

11. (SBU) Remarks: Post was unable to limit or physically cancel U.S. passport 550951785 issued on August 18, 2016.  U.S. Embassy Minsk suspended operations on February 28, 2022, as a result of Russia's invasion of Ukraine through Belarus.  Mission Minsk, including the consular section, is currently based in Vilnius, Lithuania.  Consular Chief did not have a valid visa at the time of approval of the repatriation loan and was unable to travel to Minsk to limit or cancel the passport prior to Mr. Katsnelson's repatriation. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**000045**

**Signature:**          Kaufman

**Drafted By:**    BELARUS AFFAIRS UNIT VILNIUS: ███████████

**Cleared By:**    CONS: ███████████

**Approved By:**    CONS: ███████████

**Released By:**    BELARUS AFFAIRS UNIT VILNIUS: ███████████

**Action Post:**    NONE

**Dissemination Rule:**

**UNCLASSIFIED**
Privacy/PII

000046

**Customer Bill**

# Department of State

| Customer Information | | Remittance Information | |
|---|---|---|---|
| **To:** | VALERY KATSNELSON | **Remit to:** | DEPARTMENT OF STATE<br>ACCOUNTS RECEIVABLE BRANCH<br>PO BOX 979005<br>ST LOUIS, MO 63197-9000 |
| **Address:** | 1120 N CHARLES ST<br>STE 300<br>BALTIMORE, MD 21201 | | |
| **Phone:** | | | |
| **Agency Location Code:** | | | |

**Comments:**

Pursuant to the Promissory Note you signed for the Repatriation Loan you received from the Department of State, the amount stated below is due by the listed due date.  If full payment is not received within 30 days from the due date, interest and a $50.00 administrative charge for processing and handling will be assessed. If this account becomes 90 days past due then you will also be assessed penalties on the unpaid balance. Reimbursement to the Department for these Repatriation costs may be paid by debit or credit card through Pay.gov. Visit https://www.pay.gov and search REPAT to make your payment online. You may also make payment by credit or debit card using the enclosed form.

If you would like to pay by check or money order, please make payable to the Department of State and mail to Accounts Receivable Branch, P.O. Box 979005, St. Louis, MO 63197-9000.  Please include this notice with your payment. If you are not able to pay the amount in full, you have the option to enter into an Installment Agreement.  Please contact Accounts Receivable at 1-800-521-2116 for additional information.

In accordance with federal debt collection regulations, if full payment is not received within 30 days from the due date, interest and a $50.00 administrative charge for processing and handling will be assessed. If this account becomes 90 days past due, then penalties will be assessed on the unpaid balance. Once a debt has been delinquent for 90 days, the debt will be referred to the Department of Treasury for collection and they may collect the debt via administrative offset of federal payment (e.g. tax returns, social security), referral to a private collection agency, referral to credit bureaus, through administrative wage garnishment and/or through other actions permitted by law.

Pursuant to 22 CFR 34.9, you have the right to request an internal administrative review with respect to the existence of the debt or the amount of the debt.  Requests for reviews should be submitted to the attention of: The Comptroller via either email at DoSDebtReviewsEvacs@state.gov or by mail at Global Financial Service Center, 2010 Bainbridge Avenue, North Charleston, SC 29405. Please include a copy of this notice with your request, along with any other relevant documentation. Once the Office of the Comptroller acknowledges receipt of your request, all collection activity on this debt, including the accrual of interest, penalties, and costs, will be suspended while your request is pending.

If you have questions, please visit https://cgfsaccountsreceivablebranch.state.gov. Additionally, you can contact the Department of State's Accounts Receivable Branch by phone at 1-800-521-2116 during regular business hours of 7:30am - 4:00pm or by email FMPARD@state.gov.  Written correspondence relating to this debt may be sent to: Department of State, Accounts Receivable Branch, Global Financial Services, 2010 Bainbridge Avenue North Charleston, SC 29405.

**Payment Due Date:  10/27/2023**

| Date | Bill Type/<br>Bill Number | Description | Billed<br>Amount | Collected<br>Amount | Chargeback<br>Amount | Outstanding<br>Amount |
|---|---|---|---|---|---|---|
| 09/27/23 | AR<br>1007308094 - 1 | | $5,951.17 | $0.00 | $0.00 | $5,951.17 |
| | | Principal | $5,951.17 | $0.00 | $0.00 | $5,951.17 |
| | | Interest Charges | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Admin Charges | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Penalty Charges | $0.00 | $0.00 | $0.00 | $0.00 |

**000047**

| | |
|---|---|
| **Outstanding Principal:** | **$5,951.17** |
| **Outstanding Interest:** | **$0.00** |
| **Outstanding Admin Charge:** | **$0.00** |
| **Outstanding Penalty Charge:** | **$0.00** |
| **Outstanding Balance:** | **$5,951.17** |

**000048**

**Remittance Page(s)**

Department of State

| **Customer Information** | | **Remittance Information** | |
|---|---|---|---|
| **To:** | VALERY KATSNELSON | **Remit to:** | DEPARTMENT OF STATE |
| | | | ACCOUNTS RECEIVABLE BRANCH |
| **Address:** | 1120 N CHARLES ST | | PO BOX 979005 |
| | STE 300 | | ST LOUIS, MO 63197-9000 |
| | BALTIMORE, MD 21201 | | |

**Phone:**

**Change**
**of**      _____
**Address**  _____
          _____

**This Payment References the following Billing Document(s):**      **Outstanding Amount Due:**      $5,951.17

AR   1007308094      **Amount Enclosed:**      _____

**000049**

**Address/Customer Information**

VALERY KATSNELSON
VC1038868/99100
1120 N CHARLES ST
STE 300
BALTIMORE, MD 21201

Contact Name:
Contact Phone:

| **Notice of Delinquency** | **Remittance Information** |
| --- | --- |
| Print Date:   10/30/2023 | DEPARTMENT OF STATE |
| **Notice Number: 1** | ACCOUNTS RECEIVABLE BRANCH |
| Statement Number:   1007308094 | PO BOX 979005 |
| Due Date:   10/27/2023 | ST LOUIS, MO 63197-9000 |

**Contact Us**

Phone Number:
Fax Number:
Email Address:

**Account Summary**

| Principal | Interest | Penalty | Admin Charges | Total Billed | Payments/ Discounts Received | Other | Outstanding Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $5,951.17 | $0.00 | $0.00 | $0.00 | $5,951.17 | $0.00 | $0.00 | $5,951.17 |

Your current debt with The Department of State for a Repatriation Loan is past due and must be paid immediately. If full payment is not received within 30 days from the due date, interest and a $50.00 administrative charge for processing and handling will be assessed. If this account becomes 90 days past due then you will also be assessed penalties on the unpaid balance. Reimbursement to the Department for these Repatriation costs may be paid by debit or credit card through Pay.gov. Visit https://www.pay.gov and search REPAT to make your payment online. You may also make payment by credit or debit card using the enclosed form. If you would like to pay by check or money order, please make payable to the Department of State and mail to Accounts Receivable Branch, P.O. Box 979005, St. Louis, MO 63197-9000. Please include this notice with your payment. If you are not able to pay the amount in full, you have the option to enter into an Installment Agreement. Please contact Accounts Receivable at 1-800-521-2116 for additional information. Once a debt has been delinquent for 90 days, the debt will be referred to the Department of Treasury for collection and they may collect the debt via administrative offset of federal payments (e.g. tax returns, social security), referral to a private collection agency, referral to credit bureaus, through administrative wage garnishment and/or through other actions permitted by law. Pursuant to 22 CFR 34.9, you have the right to request an internal administrative review with respect to the existence of the debt or the amount of the debt. Requests for reviews should be submitted to the attention of: The Comptroller via either email at DoSDebtReviewsEvacs@state.gov or by mail at Global Financial Service Center, 2010 Bainbridge Avenue, North Charleston, SC 29405. Please include a copy of this notice with your request, along with any other relevant documentation. Once the Office of the Comptroller acknowledges receipt of your request, all collection activity on this debt, including the accrual of interest, penalties, and costs, will be suspended while your request is pending. If you have questions, please visit https://cgfsaccountsreceivablebranch.state.gov. Additionally, you can contact the Department of State's Accounts Receivable Branch by phone at 1-800-521-2116 during regular business hours of 7:30am - 4:00pm or by email FMPARD@state.gov. Written correspondence relating to this debt may be sent to: Department of State, Accounts Receivable Branch, Global Financial Services, 2010 Bainbridge Avenue North Charleston, SC 29405.

**000050**

**Address/Customer Information**

VALERY KATSNELSON
VC1038868/99100
1120 N CHARLES ST
STE 300
BALTIMORE, MD 21201

Contact Name:
Contact Phone:

### Notice of Delinquency

Print Date:    11/29/2023

## Notice Number: 2

Statement Number:    1007308094
Due Date:    10/27/2023

### Remittance Information

DEPARTMENT OF STATE
ACCOUNTS RECEIVABLE BRANCH
PO BOX 979005
ST LOUIS, MO 63197-9000

### Contact Us

Phone Number:
Fax Number:
Email Address:

**Account Summary**

| Principal | Interest | Penalty | Admin Charges | Total Billed | Payments/ Discounts Received | Other | Outstanding Amount Due |
|---|---|---|---|---|---|---|---|
| $5,951.17 | $4.96 | $0.00 | $50.00 | $6,006.13 | $0.00 | $0.00 | $6,006.13 |

**Last Notice Date**
10/30/2023

Your current debt with The Department of State for your Repatriation is past due and must be paid immediately. Since this account was not paid in full within 30 days from the due date, interest and a $50.00 administrative charge for processing and handling have been assessed. If this account becomes 90 days past due, then you will also be assessed penalties on the unpaid balance. Reimbursement to the Department for these evacuation costs may be paid by debit or credit card through Pay.gov. Visit https://www.pay.gov and search REPAT to make your payment online. You may also make payment by credit or debit card using the enclosed form. Your check or money order should be made payable to the Department of State, and forwarded to Accounts Receivable Branch, P.O. Box 979005, St. Louis, MO 63197-9000. Please include this notice with your payment. If you are not able to pay the full amount you have the option to enter into an Installment Agreement. Please contact Accounts Receivable at 1-800-521-2116 for additional information. Once a debt has been delinquent for 90 days, the debt will be referred to the Department of Treasury for collection and they may collect the debt via administrative offset of federal payments (e.g. tax returns, social security), referral to a private collection agency, referral to credit bureaus, through administrative wage garnishment and/or through other actions permitted by law. If you have questions, please visit https://cgfsaccountsreceivablebranch.state.gov. Additionally, you can contact the Department of State's Accounts Receivable Branch by phone at 1-800-521-2116 during regular business hours of 7:30am - 4:00pm or by email FMPARD@state.gov. Written correspondence relating to this debt may be sent to: Department of State, Accounts Receivable Branch, Global Financial Services, 2010 Bainbridge Avenue North Charleston, SC 29405.

**000051**

# *EVAC/REPAT LOAN STATUS QUERY*

DATE: 1/3/2024    STATUS: Urgent    completed by:  CA/PPT/S/TO/RS/C staff: ZSANETTA KING

**NAME**: WEISE, WOLFEANE
　　　　　　 *(Last, First Middle/Maiden name)*

**ALIAS OR OTHER NAMES USED**: KATSNELSON, VALERY

**DPOB**: ▮▮▮/1951  RUS　　　　**Gender: MALE**

**SSN #**: ▮▮▮7502

**DATE OF LOOKOUT: 12/29/2022**

**APPLICATION PENDING AT**: WPC
　　　　　　　　　　　　　　　　　*(Agency/Center/Post)*

　　　　　　　　　　　　　　　　　　　　*To be completed by CGFS staff*

**ORIGINAL LOAN BALANCE**:　　　$6,011.09

**CURRENT LOAN BALANCE**:　　　$6,011.09
　　　　　　　　　　　　　　　　　*(w/interest, penalties and fees)*

**MAKING PAYMENTS**:　　　**YES**_____
　　　　　　　　　　　　　　　**Date of last payment** _____

　　　　　　　　　　　　　　　**NO**___ X ___

　　　　　　　　　　　　　　　**PAID IN FULL** _____

**OTHER RELEVANT INFORMATION**:
AR1007308094

**United States Department of State**

*Western Passport Center*
*44132 Mercure Circle*
*PO Box 1178*
*Sterling, Virginia 20166-1178*

January 5, 2024

Wolfgang Weise
PO Box 3172
New York, NY 10017

RE: 621274998

Dear Mr. Weise:

Thank you for your recent passport application. Unfortunately, we are unable to finish processing your application because you owe a balance on an existing repatriation loan advanced to you by the U.S. government to pay for your return and/or the return of your immediate family members to this country or a country of safe haven. The original loan balance was **$6,011.09**. However, because of interest accrued on the loan, and possible late penalties, (if they apply), you now owe **$6,011.09**.

To arrange for the repayment of your loan, please contact one of the offices listed below:

♦ Send personal checks, certified checks, or money orders made payable to "U.S. Department of State" to:
U.S. Department of State
Accounts Receivable Branch
P.O. Box 979005
St. Louis, MO 63197-9000

Note: Certified checks or money orders will be processed immediately. Personal checks will take up t weeks for release.

**Or**

♦ Send a written request to make payment arrangements to:
U.S. Department of State
Accounts Receivable Branch
Global Financial Services
P.O. Box 150008
Charleston, SC 29415-5008
Tel: 1-800-521-2116

♦ Other Payment Options:
Credit/debit card via secured fax at 1-866-260-2468
Online (for repatriation loans ONLY): https://www.pay.gov and search the word "REPAT"

If payment arrangements are not made within ninety (90) days from the date of this letter, your application denied and your citizenship evidence will be returned to you.

Section 51.60(c)(2) of the Title 22 of the Code of Federal Regulations reads as follows:

51.60 – Denial and restriction of passports
The Department may refuse to issue a passport in any case in which:
The applicant has not repaid a loan received from the United States under 22 U.S.C. 2671(b)(2)(B) or 22 U 2671(b)(2)(A) for the repatriation or evacuation of the applicant and, if applicable, the applicant's child(re and/or other immediate family members from a foreign country to the United States.

WOLFGANG WEISE
450 LEXINGTON AVE 2 FLOOR PO BOX 3172
NEW YORK NY 10017

Fri 01/05/2024

000053

For general passport information or to check the status of your passport application, please visit us on-line at travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO THE ADDRESS LISTED ABOVE INCLUDING THE +4 ZIP CODE.**

Sincerely,

Customer Service Department

JB/al/EF

000054



DC / Remail IRL

**07/02/2024 | Address | 621274998**

TRIP, NPIC <npictrip@state.gov>

Mon 7/1/2024 2:21 PM

To:WPC NPIC <NPICWPC@state.gov>



240701-001594-L

Adjudicating Agency: Western Passport Center | Work Phone:

| | | | |
|---|---|---|---|
| Application Number: | 621274998 | | Email: |
| Last Name: | WEISE | | Date of Travel: 07/02/2024 |
| First Name: | WOLFGANG | | Payment Type: |
| DOB: | 1951- | | Credit Card Type: |
| SSN: | xxxxx7502 | | Credit Card Number: |
| Batch #: | -1 | | Card Holder: |
| Application Location: | HX | | Card Billing Address: |
| Priority: | Routine | | Card Billing Zip: |
| Precendence: | | | CVC: |
| Telephone: | 3468575667 | | Card Expiration: |
| Home Phone: | | | Pre-Paid Discrepency: No |
| Cell Phone: | | | |

Destination: E.U.
Needed by Date: 07/02/2024
Visa Needed: No

Customer has moved and needs passport mailed to the new address.

Updated address is C/O Super 8 motel Wolfgang Weise 110 Braggard st. Washington, D.C. 22312.

Customer has not received IRL.

Please re-mail the following IRL: 000.

**000055**

1/1

**United States Department of State**

*Western Passport Center*
*44132 Mercure Circle*
*PO Box 1178*
*Sterling, Virginia 20166-1178*

July 3, 2024

Wolfgang Weise
C/O: Super 8 Motel-Wolfgang Weise
110 Braggard St
Washington, DC 22312

RE: 621274998

Wolfgang Weise:

Thank you for your recent passport application. Unfortunately, we are unable to finish processing your application because you owe a balance on an existing repatriation loan advanced to you by the U.S. government to pay for your return and/or the return of your immediate family members to this country or a country of safe haven. The original loan balance was **$6,011.09**. However, because of interest accrued on the loan, and possible late penalties, (if they apply), you now owe **$6,011.09.**

To arrange for the repayment of your loan, please contact one of the offices listed below:

♦   Send personal checks, certified checks, or money orders made payable to "U.S. Department of State" to:
U.S. Department of State
Accounts Receivable Branch
P.O. Box 979005
St. Louis, MO  63197-9000

Note:  Certified checks or money orders will be processed immediately.  Personal checks will take up to 2 weeks for release.
**Or**

♦   Send a written request to make payment arrangements to:
U.S. Department of State
Accounts Receivable Branch
Global Financial Services
P.O. Box 150008
Charleston, SC 29415-5008
Tel: 1-800-521-2116

♦   Other Payment Options:
Credit/debit card via secured fax at 1-866-260-2468
Online (for repatriation loans ONLY): https://www.pay.gov and search the word "REPAT"

If payment arrangements are not made within ninety (90) days from the date of this letter, your application will be denied and your citizenship evidence will be returned to you.

Section 51.60(c)(2) of the Title 22 of the Code of Federal Regulations reads as follows:

51.60 – Denial and restriction of passports
The Department may refuse to issue a passport in any case in which:
The applicant has not repaid a loan received from the United States under 22 U.S.C. 2671(b)(2)(B) or 22 U.S.C. 2671(b)(2)(A) for the repatriation or evacuation of the applicant and, if applicable, the applicant's child(ren), spouse, and/or other immediate family members from a foreign country to the United States.

**000056**

For general passport information or to check the status of your passport application, please visit us on-line at travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO THE ADDRESS LISTED ABOVE INCLUDING THE +4 ZIP CODE.**

Sincerely,

Customer Service Department

JB/ay/EF

000057

Gessner, Rhonda

DC – ARL

| | |
|---|---|
| **From:** | TRIP, NPIC |
| **Sent:** | Saturday, July 20, 2024 7:33 AM |
| **To:** | WPC NPIC |
| **Subject:** | Not Traveling | Address | 621274998 |

240720-000026-L

Adjudicating Agency: Western Passport Center | Work Phone:

Application Number: 621274998 | Email:

Last Name: WEISE | Date of Travel: Not Traveling

First Name: WOLFGANG | Payment Type:

DOB: 1951-███ | Credit Card Type:

SSN: xxxxx7502 | Credit Card Number:

Batch #: -1 | Card Holder:

Application Location: HX | Card Billing Address:

Priority: Routine | Card Billing Zip:

Precendence: | CVC:

Telephone: 3468575667 | Card Expiration:

Home Phone: | Pre-Paid Discrepency: No

Cell Phone: |

Needed by Date: 08/20/2024
Visa Needed: No

RECEIVED JUL 25 2024

Customer has moved and needs passport mailed to the new address.

Updated address is 143 W 108th St New York, NY 10025.

1

**000058**

United States Department of State

*Western Passport Center*
*44132 Mercure Circle*
*PO Box 1178*
*Sterling, Virginia 20166-1178*

August 9, 2024

Wolfgang Weise
143 W 108Th St
New York, NY 10025

RE: 621274998

Dear Wolfgang Weise:

Thank you for your recent passport application. Unfortunately, we are unable to finish processing your application because you owe a balance on an existing repatriation loan advanced to you by the U.S. government to pay for your return and/or the return of your immediate family members to this country or a country of safe haven. The original loan balance was **$6,011.09**. However, because of interest accrued on the loan, and possible late penalties, (if they apply), you now owe **$ 6,011.09**.

To arrange for the repayment of your loan, please contact one of the offices listed below:

♦ Send personal checks, certified checks, or money orders made payable to "U.S. Department of State" to:
U.S. Department of State
Accounts Receivable Branch
P.O. Box 979005
St. Louis, MO  63197-9000

Note:  Certified checks or money orders will be processed immediately.  Personal checks will take up to weeks for release.

**Or**

♦ Send a written request to make payment arrangements to:
U.S. Department of State
Accounts Receivable Branch
Global Financial Services
P.O. Box 150008
Charleston, SC 29415-5008
Tel: 1-800-521-2116

♦ Other Payment Options:
Credit/debit card via secured fax at 1-866-260-2468
Online (for repatriation loans ONLY): https://www.pay.gov and search the word "REPAT"

If payment arrangements are not made within ninety (90) days from the date of this letter, your application w denied and your citizenship evidence will be returned to you.

Section 51.60(c)(2) of the Title 22 of the Code of Federal Regulations reads as follows:

51.60 – Denial and restriction of passports
The Department may refuse to issue a passport in any case in which:
The applicant has not repaid a loan received from the United States under 22 U.S.C. 2671(b)(2)(B) or 22 U.S 2671(b)(2)(A) for the repatriation or evacuation of the applicant and, if applicable, the applicant's child(ren), and/or other immediate family members from a foreign country to the United States.





WOLFGANG WEISE
143 W 108TH ST
NEW YORK NY
10025

Fri 08/09/2024 EXPEDITE 90 DAY EXT

**000059**

For general passport information or to check the status of your passport application, please visit us on-line at travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO THE ADDRESS LISTED ABOVE INCLUDING THE +4 ZIP CODE.**

Sincerely,

Customer Service Department

PA7

**000060**