page 7

<u>Response letter from Wolfgang Weire.</u>

Unfortunately, prior provovocation from U.S. Department of States not going to be through, and you have nothing from me, because I never, ever used in my life repatriation loan, even if I applied for before, and this amount of money, as $6,011.09 was stolen by the Department from U.S. Treasury with continuing claim on me, that I used repatriation loan, even never, ever signing any documents for spending this money for my repatriation, and you never, ever able to approve in any U.S. court, that I used this money. Unfortunately, I was deported from Belarus by local Internal ministry of Republic of Belarus, because Belorussian KGB planned to send to U.S KGB's spy-agents, and they never, ever will be able to ask me to help them with my repatriation loan, because special operation of KGB they held in a secret, and never, ever were able to disclose itself by using my repatriation loan along with money for deportation, they used to eat me out of Republic of Belarus, that is why I used only money for deportation from Internal ministry of

see reverse, page 2

000061

Belarus, and there is no discussion about my repatriation even at all. Only insane idiot can raise that issue.

Letter, what you sent to me will be in a court as a evidence of extreme, aggravate and gravely violence in your Department against me, and you are going to pay me in a Federal Criminal court huge amount of money, as a Restitution in a damage for such of aggravate, incredible misconduct in your Department. The person, who originated this mess on me (she is a black woman, used to work in your Department, before **Secretary** of State Anthony Blinken let her go), will be deported from U.S, and I keep my word on it. All U.S. Department of States with all employees (staff) will be removed from their positions, and new people will be hire after all. I personally take care of Deportation of your black employee (who handled this situation with mess on my passport and stealing $6,017.09 from U.S. Treasury, after she take a jail time for stealing money, and pray for God, if she will stay alive in a country, where she deported to.

see page 2

**000062**

*(apparently)*

Fortunately, you have a choice to avoid court process, if you mail to me, or calling to Passport Office in New York City at 376 Hudson Street, New York, NY, to issue new passport for me, and I know for sure, that my new passport now located in your office in Sterling, VA. It is up to you. If you, like I said, mail to me my passport right away, you might avoid court with paying me back Restitution in a damage in a extra huge amount of money, I truly believe, around 3 millions dollars in U.S.D. currency. But if not, you will be called to the Court and we started Court process on aggravate, gravely, incredible mis-conduct and extreme outstanding violence in your office regarding my personality, as a old, Retired Senior with life disability. By next U.S. President your office will be closed, and all operations inside the Department stopped, till new team will be hired on your positions in U.S. Department of States. Anthony Blinken never will be reappointed by new U.S. President for such of mess he was unable to stop in your Department. That is all. That is it.

Sincerely

Oct. 9, 2024.

Wolfgang Weise

**000063**

United States Department of State

Western Passport Center
44132 Mercure Circle
PO Box 1178
Sterling, Virginia 20166-1178

October 18, 2024

Wolfgang Weise
143 W 108th St
New York, NY 10025

RE: 621274998

Dear Wolfgang Weise:

Our office sent you a letter on **August 09, 2024; July 03, 2024 and January 05, 2024** regarding your ineligibility to receive a U.S. passport because you are in default on an existing repatriation loan. Our records indicate your eligibility status has not changed. Therefore, we are unable to proceed with your request at this time.

Since you were unable to resolve this issue within the timeframe established in our prior correspondence, your passport application is denied. This determination is based on Section 51.60(a)(1) of Title 22 of the Code of Federal Regulations. Any documents you submitted with your application are enclosed. Any special return postage fees will be returned or refunded only upon written request from the applicant if the service is not provided. By law, the passport execution and application fees are non-refundable.

To arrange for the repayment of your loan, please contact one of the offices listed below:

♦   Send personal checks, certified checks, or money orders made payable to "U.S. Department of State" to:
    U.S. Department of State
    Accounts Receivable Division
    P.O. Box 979005
    St. Louis, MO  63197-9000
    Note:  Certified checks or money orders will be processed immediately.  Personal checks will take up to 2 weeks for release
                              **or**
♦   Send a written request to make payment arrangements to:
    U.S. Department of State
    Accounts Receivable Division
    Global Financial Services
    P.O. Box 150008
    Charleston, SC 29415-5008
    Tel: 1-800-521-2116

For general passport information or to check the status of your passport application, please visit us on-line at travel.state.gov.

Sincerely,

Customer Service

Enclosure(s):
Naturalization Certificate
Court Order
Copy of Letters

PA7

**000064**