*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 16, 2025

VIA ECF
Hon. Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      **Re:  *Weise v. U.S. Department of State,* No. 24 Civ. 5760 (LJL)**

Dear Judge Liman:

      This Office represents the government in this action.  On March 26, 2025, the Court issued a Notice of Initial Pretrial Conference, scheduling a telephone conference for April 23, 2025, and instructing the parties to submit a case management plan one week in advance.  *See* Dkt. No. 32.  On behalf of the government, I write respectfully to request that the Court adjourn the initial pre-trial conference *sine die* in light of the government's pending motion for summary judgment and to dismiss the complaint, which was filed on April 10, 2025. Further, in light of Local Rule Civil Rule 16.1, which exempts reviews from administrative agencies from the mandatory scheduling order required under Fed. R. Civ. P 16(b), Defendant respectfully requests that Court excuse the parties from submitting a joint Case Management Plan and Scheduling Order.

      In this action, the *pro se* plaintiff challenges the U.S. Department of State's decisions revoking his U.S. passport and denying his application for a new passport, and he seeks an order directing the State Department to grant that application and also pay money damages.  On March 11, 2025, the Court granted the Government's request for an extension of time to respond to the complaint by filing the certified administrative record to March 27, 2025, and for a scheduling order directing the government to move for summary judgment by April 10, 2025.  Dkt. No. 30.  Pursuant to that schedule, the government filed the record on March 27, 2025, and moved for summary judgment and dismissal of the complaint on April 10, 2025.  Dkt. No. 35-37.

      In light of the government's pending summary judgment motion, the government respectfully requests an adjournment of the pre-trial conference *sine die*.  I sent an email to the plaintiff about this request on April 14, 2025, as well as our position regarding the proposed joint case management plan and scheduling order, as well as a copy of the plan), but as of the time of this filing, the plaintiff has not responded.

I thank the Court for its consideration of this request.

>Respectfully submitted,
>
>MATTHEW PODOLSKY
>Acting United States Attorney
>
>By:   s/ *Leslie A. Ramirez-Fisher*
>LESLIE A. RAMIREZ-FISHER
>Assistant United States Attorney
>86 Chambers Street, 3rd Floor
>New York, New York 10007
>Telephone: (212) 637-0378
>E-mail: leslie.ramirez-fisher@usdoj.gov
>*Attorney for Defendant*

cc: Wolfgang Weise, Plaintiff *Pro Se*  (By First Class mail)

The motion to adjourn the initial pretrial conference is denied but the parties are relieved of the obligation to file a proposed case management plan.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

April 17, 2025