```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLFGANG WEISE,

                            Plaintiff,

      -against-

U.S. DEPARTMENT OF STATE,

                            Defendant.

24-CV-5760 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Plaintiff has submitted a complaint as well as several additional letters stating the basis for his claims. *See* Dkt. Nos. 1, 7–11, 14, 25. Defendant has filed a motion for summary judgment. Dkt. No. 36. This Order memorializes the Court's order as delivered at the initial pretrial conference on April 23, 2025.

      By May 23, 2025, Plaintiff Wolfgang Weise shall submit an amended complaint setting forth his claims against the United States Department of State. The amended complaint is to include all of Plaintiff's factual allegations. The Court will not consider additional letters from Plaintiff to be part of the pleadings in this case.

      If Plaintiff files an amended complaint by May 23, 2025, the Court will dismiss the pending motion for summary judgment as moot.

If Plaintiff does not file an amended complaint by May 23, 2025, the Court will evaluate the motion for summary judgment based on the current complaint, but will not consider Plaintiff's letters. In that event, Plaintiff's response to the motion for summary judgment shall be due on June 27, 2025.

SO ORDERED.

Dated: April 23, 2025
       New York, New York

                                             LEWIS J. LIMAN
                                    United States District Judge