RECEIVED
SDNY PRO SE OFFICE
2025 MAY -6 AM 10: 5[?]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Wolfgang Weise_
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_U.S. Department of State_
(List the full name(s) of the defendant(s)/respondent(s).)

_24_ cv _5760_ ( __ ) ( __ )

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☒ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

   I need Free Attorney in my case because I have difficulties to understand Court's procedures basically on a language barrier and status of my disability for life. I am on appropriate medication from doctors and unable to follow and execute Court's requirements on my own. I extremely need legal advice or consultation from my Attorney

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I called to free legal services all over the city and did not get any results I didn't have any respond on my phone, Pro Se strongly recommended to me to call by phone number 212-382-4794 and will respond on your request I hope I will get success at this time.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: Originally I speak Russian, but my English is good.

✓ 5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

my income is extremely low. I agreed to pay a little money, but

6. I understand that even if the Court grants this application, I will receive pro bono counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

money will be compensated in a money demage what Defendant pay.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Date: May 6, 2025

Signature: [signed]

Name (Last, First, MI): Weise Wolfgang

Prison Identification # (if incarcerated):

Address: 743 W. 108th street

City: New York

State: NY

Zip Code: 10025

Telephone Number: 346-857-5667

E-mail Address (if available): vkatsnelson1951@gmail.com

Call and leave text message.