Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2025 MAY -8 AM 11: 18

Wolfgang Weise
Write the full name of each plaintiff or petitioner.

Case No. 24 CV 5760

-against-

Letter re: Judge Lewis Liman

U.S. Department of State.
Write the full name of each defendant or respondent.

Your Honor: I have a witness, who able to provide testimony in a Court, as a unbeatable proof of my innocence on a matter of Repatriation Loan, what we discussed together before to apply to U.S. Department of State for issuing Repatriation Loan which was canceled in our discussion, and we disregarded this matter at all. Name of this person is Patrick Knott. He represented

(see page # 2 next sheet).

May 8, 2025
Dated

[signature]
Signature

Name

Prison Identification # (if available)

Address City State Zip Code

Telephone Number (if available)

E-mail Address (if available)

U.S. Consular Section of U.S. Embassy in Lithuania Vilnius, he will be able to testify in a Court, that I did not fill out by him any papers concerning Repatriation Loan issue, and I did not sign any of this papers to prove my request for Repatriation Loan. If U.S. Department of State is going to issue any papers like that with copy of my signature on it from computer's print, I am not going to recognize any of this fake document because it is absolutely fraud from Department, and fiction, what they try to make as a real case. The U.S. Embassy in Lithuania, Vilnius, Consular Section can be reached by phone number: +370 5 266 5600. The main U.S. Embassy phone is: +370 5 266-5500. The mailing address: U.S. Embassy, Vilnius, LT-03106 Lithuania. I truly believe, Patrick Knott still working in Consular Section of U.S. Embassy in Vilnius, Lithuania. If he has found another job,

please, make a searching on this guy. He is originally American, and has U.S. Citizenship. As a matter fact, we have canceled discussion about Repatriation Loan with Patrick Knott, because in this matter was involved Internal Ministry of Republic of Belarus, where I originally from and immigrated to U.S from Belarus in 1982 month of October. Why Internal Ministry of Belarus respectfully has bought a ticket on a flight to U.S, because Belarusian KGB made a pressure on this Ministry (Police forces), because KGB planned to send to U.S. 4 (four) KGB agents for special operation on U.S. soil in a region of New York City. Before departure from Belarus, I had a meeting in Immigration Office with Patrick Knott. Patrick Knott was not alone. Patrick represented to me the guy, who was a U.S. Embassy worker, that what KGB wanted Patrick say to me. In a

(page #3, see next page #4)

reallity what I found later, this guy by name Yuriy (first name) was simply KGB agent, who expected to escort me to U.S. On this meeting Patrick was unable to say me, that Yuriy is KGB agent, because KGB ordered Patrick to be silent on a meeting and not saying on a Yuriy, who is he. Yuriy spoke enough good English, and I have discovered, that Yuriy is KGB agent only in Security Check area, before departure from Belarus. He had shown his Belorussian passport, and did not have U.S. passport, what I had shown in Security Check area. Meanwhile tried to prepared for me a paper, what indicated my condition, showing by local doctor in Belarus, that I am unable to travel alone to U.S, and I need special escort. That how KGB of Belarus tried to penetrate on U.S. soil. In a reality I was absolutely in a good shape, and

(page 4, see page # 5 next)

my health was excellent. Before departure from Airport in Minsk, Belarus, I had spotted in Cafeteria 3 more KGB agents, who were contacted to Yuriy. I came close to these 3 guys, and gave them a sign that I already discovered their ties with Yuriy and they will be arrested on a soil of U.S, if they try to continue trip with Yuriy on this flight. I did perfect job for U.S. Homeland Security, and I did not see these guys on a plane, so far I checked all passengers on a plane. Only Yuriy continued to be with me on a behalf his mission to U.S to escort me to New York City. As far as we landed in Newark Airport on January 5, 2023, American people met me in Airport to provide to me help with accommodation in New York City. As soon as we made a contact, I immediately reported to them that Yuriy is KGB agent

(page 5, see nextpage #6)

and must be arrested immediately. I truly believe it was happened, and further information about Yuriy unknown for me.

That is why I did not use Repatriation Loan, as $6,092.09, and U.S. Department of State pulled this money from U.S. Treasury Department on their own without any my or Patrick Knott request. During the flight to U.S., Yuriy several times requested me to apply for Repatriation loan to save money for Internal Ministry of Belarus, but I rejected at all this request of Yuriy and said firmly to him, that his espionage mission in U.S. will be finished as soon as we will be landed in Newark Airport.

That's all, what I know about case with Repatriation Loan. That is true, only true, and I can put my hand on a bible and say samething.