Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2025 MAY 19 AM 11: 03

__Wolfgang Weise__
Write the full name of each plaintiff or petitioner.

Case No. __24__ cv __5760__

-against-

Letter re: _____

__U.S. Department of State__
Write the full name of each defendant or respondent.

Your Honor, I want to navigate my case to the Criminal Division of Columbus Court in Washington DC, because I am going to relocate to this city in regarding of job, what set for me in Washington DC by U.S. Government and U.S. President, I am going to be appointed for specific job on this city by approval of U.S. President Mr. Trump. As show my

(see next page)

__5-19-2025__
Dated

__Wolfgang Weise__
Name

Signature __Wfg Wiese__

Prison Identification # (if available)

__143 W. 108 St.__   __New York__   __NY__   __10025__
Address   City   State   Zip Code

__346-857-5667__
Telephone Number (if available)

__vkatznelson9757@gmail.com__
E-mail Address (if available)

recent Court procedures, I was unable to find solution on my case and receive money damage from Defendant U.S. Department of State in New York City, and I truly believe my case never will be solved here. My relocation to Washington DC is very important for me, U.S. Government and U.S. President Mr. Trump on a behalf of job they have already for me, and I am unable to stay longer in New York City to solve problem with Defendant U.S. Department of State. Washington DC is city only by full Government control, and I will be able find solution on my case in a Criminal Division of Columbus Court in Washington DC. I have approval that relocation with U.S. President Mr. Trump, and have to follow his decision to stay in Washington DC and do my job as well. I need your help in navigation of my case to Washington DC.

Wolfgang Weise.