Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 250
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2026 JAN -5 PM 2:59

Wolfgang Weise
(Write the full name of each plaintiff or petitioner)
-against-

Case No. 24 cv 5760

Letter re: Judge Liman

US Department of State
(Write the full name of each defendant or respondent)

I still do not receive from Defendant money damage compensation check, and unable to pay to U.S. Department of Treasury $6,102, what they believe I used in a past, and I never used it. Patrick Knott able to prove that, He used to work in U.S Ambassy in Lithuania. National passport Agency keep my passport as a hostage, providing criminal offence in my case. I am unable to survive in this country on $1030 pension from SSA and I have to leave U.S.A.

Dated _____    Signature _____

Name _____    Prison Identification # (if available) _____

Address _____  City _____  State _____  Zip Code _____

Telephone Number (if available) _____   E-mail Address (if available) _____

My case 24CV5760 already in a court for 30 months, and no solution has been made yet, I am a homeless person and sleep on a street for a long time. I have to receive money compensation to cover request of U.S Dept. of State for return $6,102.