UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

:

WOLFGANG WEISE,                                          :

:

Plaintiff,                      :

:                              24-cv-5760 (LJL)

-v-                                                :

:                                   ORDER

U.S. DEPARTMENT OF STATE,                                :

:

Defendant.                   :

:

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/7/2026___

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that Plaintiff has called the Clerk's Office dozens of times today.  Plaintiff is hereby ORDERED to stop calling the Clerk's Office and its employees.

It is FURTHER ORDERED that an in-person status conference is scheduled in this matter for tomorrow, January 8, 2026, at 4:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: January 7, 2026
New York, New York
                                                                LEWIS J. LIMAN
                                                          United States District Judge