UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WOLFGANG WEISE,                                           :
:
Plaintiff,                          :
:                          24-cv-5760 (LJL)
-v-                                             :
:                              ORDER
U.S. DEPARTMENT OF STATE,                                 :
:
Defendant.                          :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/9/2026___

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter yesterday, January 8, 2026.  As indicated on the record:

By January 15, 2026, the Government shall file a letter with the Court indicating whether it might be possible to issue Plaintiff a limited-use passport which he could not use to travel internationally but that he could use for identification purposes.  The Government is directed to mail that letter to Plaintiff's last known address as well as to any return address that Plaintiff has provided in prior correspondence with the United States Department of State.  Furthermore, Plaintiff may come to the courthouse on January 16, 2026, for the purpose of asking the Pro Se Office to print the letter out for him.

In addition, the Court reiterates its prior order that Petitioner not repeatedly call the Clerk's Office.

SO ORDERED.

Dated: January 9, 2026
       New York, New York
                                            _____
                                            LEWIS J. LIMAN
                                            United States District Judge