The **Foreign Affairs Manual (FAM)** and associated **Handbooks (FAHs)** are a single, comprehensive, and authoritative source for the Department's organization structures, policies, and procedures that govern the operations of the State Department, the Foreign Service and, when applicable, other federal agencies. The FAM (generally policy) and the FAHs (generally procedures) together convey codified information to Department staff and contractors so they can carry out their responsibilities in accordance with statutory, executive and Department mandates.



Enter Search Text                                                                                    Search

# FAM Volume Listing

## 1 FAM Organization and Functions
Policy Manual

View Table of Contents

View Changes

## 2 FAM General
Policy Manual

View Table of Contents

View Changes

## 3 FAM Personnel
Policy Manual

View Table of Contents

View Changes

## 4 FAM Financial Management
Policy Manual

View Table of Contents

View Changes

## 5 FAM Information Management
Policy Manual

View Table of Contents

View Changes

## 6 FAM General Services

Policy Manual

View Table of Contents

View Changes

## 7 FAM Consular Affairs

Policy Manual

View Table of Contents

View Changes

## 8 FAM Passports and Consular Reports of Birth Abroad

Policy Manual

View Table of Contents

View Changes

## 9 FAM Visas

Policy Manual

View Table of Contents

View Changes

## 10 FAM Public, Educational, and Cultural Affairs

Policy Manual

View Table of Contents

View Changes

## 11 FAM Legal and Political Affairs

Policy Manual

[View Table of Contents](#)

[View Changes](#)

## 12 FAM Diplomatic Security

Policy Manual

[View Table of Contents](#)

[View Changes](#)

## 13 FAM Training and Professional Development

Policy Manual

[View Table of Contents](#)

[View Changes](#)

## 14 FAM Logistics Management

Policy Manual

[View Table of Contents](#)

[View Changes](#)

## 15 FAM Overseas Buildings Operations

Policy Manual

[View Table of Contents](#)

[View Changes](#)

## 16 FAM Medical

Policy Manual

[View Table of Contents](#)

View Changes

## 18 FAM Programs, Practices, and Planning

Policy Manual

View Table of Contents

View Changes

## 19 FAM Cybersecurity Guidance

Policy Manual

View Table of Contents

View Changes

## 20 FAM Data and Artificial Intelligence

Policy Manual

View Table of Contents

View Changes

© 2026 - Department of State: FAM Website

Privacy and Disclaimers

Contact