Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 250
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE

2026 MAR 17 PM 12: 39

Wolfgang Weise

_(Write the full name of each plaintiff or petitioner)_

-against-

U.S. Department of State

_(Write the full name of each defendant or respondent)_

Case No. 24 cv 5760

Letter re: Judge Limon

To fully surprising of the Court, I lose my case, because my only witness with name Patrick Knott, who used to work with me on repatriation loan, which absolutely not went through, because no evidences of filled out papers were found on that issue, did not officially reported to the Court about true situation with repatriation loan even did not appear in a Court room to testify my innocence in that

March 17 2026
Dated

Signature

Wolfgang Weise
Name

Prison Identification # (if available)

143 W, 108 st    New York    NY    10025
Address    City    State    Zip Code

646-323-3432    vKatsnelson1951@gmail.com
Telephone Number (if available)    E-mail Address (if available)

situation. Such of irresponsibility and negligence of Patrick Knott, who is worker in Consular Section of U.S. Embassy in Republic of Lithuania, Vilnius, brought me from innocence status to the guilty status, as a criminal offender, who stolen money from U.S. Department of Treasury, where I never, ever made a deal with anybody of U.S. Department of State or U.S. Department of Treasury. That negotiation concerning only, only both Department, and I am nothing to it, U.S. Department of Treasury, supporting and representing U.S. Department of State, pulled from my pocket unlawfully, illegally and unconstitutionaly all amount of assumed repatriation loan, which could be, not was not in a reality issued by me and Patrick Knott, amount of $ 6,102.05, which is fiction for me and Patrick Knott, and real deal for both Department, where all money has been spread.

I want apply for Pro bono counsel, and I want you appoint for me that person, who made a phone call to me. (No appointment at business)

March 17, 2026          Wolf gang Weise