# *The Atlantic Foundation*

March 30, 2026

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Weise v. U.S. Department of State*, No. 24-cv-5760 (LJL)

Dear Judge Liman:

I write respectfully to the Court to provide a brief update following the entry of my appearance as pro bono counsel for Plaintiff Wolfgang Weise in the above-referenced matter. *See* ECF No. 66. For context, the Court granted in part and denied in part the Government's summary judgment motion, while reserving decision on the Government's denial of Plaintiff's passport application. *See* ECF No. 61 at 16-17.

Since entering my appearance, I've had the opportunity to meet and speak with Mr. Weise at length regarding his circumstances and goals in this case. Mr. Weise remains in the New York area and, as of now, his main priority is to obtain a passport again so that he may be able to travel. I've also had a brief exchange with counsel for the Government about the Government's position on the summary judgment decision and the case more generally. I intend to further confer with counsel in the coming days to assess whether there's any viable toward resolution.

Preliminarily, then, there is at least some possibility that this matter may be resolved without further litigation. It is still too early to say whether that will ultimately be possible, as the parties need to continue their discussions, but I expect that, within the next several weeks, we should have a clearer sense of where things stand.

Thank you very much. I sincerely appreciate the Court's attention to this matter.

Very truly yours,

_____/s/_____
Sami Elamad