UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
WOLFGANG WEISE,                                          :
:
Plaintiff,                              :
:                        26-cv-4422;
-v-                                     :              24-cv-5760 (related)
:
U.S. DEPARTMENT OF STATE, et al.,                        :                        ORDER
:
Defendants.                            :
:
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a status conference in this case and in the related action, No. 24-cv-5760, on June 15, 2026, at 12:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse. The conference may be moved from in-person to telephonic at the joint request of the parties.

SO ORDERED.

Dated: June 2, 2026                              _____
New York, New York                                      LEWIS J. LIMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/2/2026