UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WOLFGANG WEISE,                              :
:
Plaintiff,                :
:                    26-cv-4422;
-v-                      :               24-cv-5760 (related)
:
U.S. DEPARTMENT OF STATE, et al.,           :                    ORDER
:
Defendants.              :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/5/2026

LEWIS J. LIMAN, United States District Judge:

Plaintiff has filed a motion for a temporary restraining order.  Dkt. No. 14.  The Court is prepared to hear the parties regarding that motion at the conference already scheduled in this action and in the related matter, No. 24-cv-5760, for June 15, 2026, at 12:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.  The parties shall also be prepared to discuss the status of the related matter at that time.  The parties are directed to meet and confer regarding whether they will agree to any form of a standstill pending the conference on June 15, 2026, and to advise the Court of the results of such meet and confer no later than June 9, 2026.

SO ORDERED.

Dated: June 5, 2026                          _____
New York, New York                              LEWIS J. LIMAN
United States District Judge