UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

WOLFGANG WEISE,

                    Plaintiff,

        -v-

U.S. DEPARTMENT OF STATE, et al.,

                  Defendants.

------------------------------------------------------------------------X

26-cv-4422;
24-cv-5760 (related)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/2026

LEWIS J. LIMAN, United States District Judge:

On consent, *see* Dkt. No. 25, the Court converts the temporary restraining order in this case, *see* Dkt. No. 23, into a preliminary injunction, which shall remain in effect until either judgment is entered or until further order of the Court.  The hearing on the motion for a preliminary injunction scheduled for June 26, 2026, is hereby canceled.

       SO ORDERED.

Dated: June 22, 2026
      New York, New York

_____
            LEWIS J. LIMAN
         United States District Judge