USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/03/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLFGANG WEISE,

Plaintiff,

-v-

U.S. DEPARTMENT OF STATE, et al.,

Defendants.

26-cv-4422;
24-cv-5760 (related)

ORDER

LEWIS J. LIMAN, United States District Judge:

On August 28, 2026, Plaintiff filed a letter addressed to the Court regarding this matter and a related case, Case No. 24-cv-5760. *See* Dkt. No. 52. The letter was signed and submitted by Plaintiff himself rather than through counsel. Plaintiff is represented in this matter by pro bono attorney Sami Elamad of the Atlantic Foundation. Accordingly, submissions to the Court (save for any complaining about the conduct of counsel or seeking the termination of representation) must be through counsel. The Court will thus disregard the letter. To the extent that it raises matters that should be addressed by the Court, counsel shall so indicate.

SO ORDERED.

Dated: September 3, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge