UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wolfgang Weise,

Plaintiff,

-against-

U.S. Department of State,

Defendant(s).

Case No. 24-cv-5760

**NOTICE OF COMPLETION OF LIMITED APPEARANCE OF PRO BONO COUNSEL**

To the Clerk of Court and all parties of record:

I hereby notify the court that the limited scope representation referenced in Docket Number 66 has been completed and I am no longer the attorney of record for this purpose or any other.

A copy of this notice has been provided to the former client, Wolfgang Weise.

September 28, 2026
Dated

[signature]
Attorney Signature

Sami Elamad
Attorney Name

THE ATLANTIC FOUNDATION

P.O. Box 69, New York, NY 10163
Address

(646) 685-3954
Telephone Number

sami@the-atlantic-foundation.org
Email Address