USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLFGANG WEISE,

Plaintiff,

-v-

U.S. DEPARTMENT OF STATE, et al.,

Defendants.

26-cv-4422;
24-cv-5760 (related)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiff's letter dated November 9, 2026 regarding the status of his passport. *See* Dkt. No. 63. The Court also received the attached correspondence from Plaintiff via mail.

The Court will hold an in-person status conference in these matters on November 19, 2026 at 12:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse. The parties shall be prepared to address the pending motion for Attorney Sami Elamad to withdraw as counsel for Plaintiff, as well as the pending motion to strike the Third Amended Complaint. Dkt. Nos. 59, 62. All counsel and Mr. Weise are directed to attend the conference. Counsel is directed to inform Mr. Weise of this Order.

SO ORDERED.

Dated: November 13, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

Complaint:
To: District Criminal Court in
New York City,
judge Liman, Judge Swain

I still have serious problem to pick my US passport in Passport Agency in New York City at 376 Hudson street, because State Attorney who used to work in my case # 26CV4422 and FBI agent still held my passport in this office and unable to solve the problem between them, who my apartment 4A at 406 Remsen Ave, Brooklyn belong to. I absolutely not involved in this dispute before 2 parties, and only Court able to solve that problem between State Attorney and FBI agent, involving both in a claim for my apartment, which is going to be vacated after I receive my passport and buy a ticket for International travel to the Canada to meet my friends. I vacate my apartment 4A forever, and decision of belonging my apartment is upto the Court. I want you order Passport Agency to release my passport immediately

(see reverse)

for me, and National passport Agency must set appointment for pick up right away. My case # 24 CV 5760, and case # 26CV4422 lasting enough long time in a Court, and I request Court for urgent action to pick my passport up in a Passport Agency. The key from my apartment 4A will be delivered to the Court Pro Se Department on a day before departure.

Plaintiff: Wolfgang Weise

[signature]

Oct. 14, 2026.

P.S. My passport already issued and ready for pick up, only the matter is to pick up my passport, and I attached "Passport Will Call Pick Up" paper from U.S. Department of State as well. This paper ordered Agency to let me pick up passport on a Sept 22, 2026 in a Passport Agency, and employees of Agency failed to give me passport in my hands on that day. Payment Receipt for Service also attached.

UNITED STATES POSTAL SERVICE®

9330006
6" x 9" Envelope

1PJE2150 • AIC-093
Product Code 9330006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

0 15645 72738 0
00

From: Wolfgang Weise
143 W. 108 St,
New York NY
10025

Attention:

To the Judge Limon, or
Chief of Justice judge Swam.

From: Plaitiff
Wolfgang Weise

USM 5W
SDNY

To:

ReadyPost®
Document Mailer