USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLFGANG WEISE,

Plaintiff,

-v-

U.S. DEPARTMENT OF STATE, et al.,

Defendants.

26-cv-4422;
24-cv-5760 (related)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in these matters today, November 24, 2026. As indicated on the record, the parties are directed to inform the Court by December 11, 2026 whether they have engaged in settlement discussions and whether they wish the Court to refer these matters to a magistrate judge or to the Court-annexed Mediation Program.

SO ORDERED.

Dated: November 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge